FILED

JUN 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK #08324-424
  FPC      POB 1000
  Plaintiff   Duluth MN, 55814

v.

United States Treasury Department
&
Federal Bureau of Investigation

CASE NUMBER 1:06CV01129

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/21/2006

**COMPLAINT TO COMPEL PRODUCTION OF RECORDS PURSUANT TO
5 USCS § 552 FREEDOM OF INFORMATION ACT**

NOW COMES, complainant, James R. Skrzypek, and states as follows:

1. On April 21, 2006, the attached Freedom of Information (FOIA) Request was sent to the United States Department of the Treasury, 200 W. Adams Street, Chicago, Illinois 60606, requesting the following records:

   a). Search warrant applications and affidavits to search a house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

   b). Search warrants for a search of a house located at 7620 W. Foster Avenue, Chicago, Illinois on july 23, 24 and 25, 1997.

   c). Reports, daily or other, surrounding entries to a house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

   d). Inventory of property removed form a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

   e). Identities of all agents and government officials or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

   f). Copies of photographs and/or videos made of the house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

RECEIVED JUN 09 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

1

A copy of that request is attached as Exhibit 1.

2. At the top of the "Request", expedited processing was requested for a need in pending litigation.

3. Complainant has received no response pursuant to his "Request", whatsoever, as of this date, well outisde of the 10 working day period to comply or notify the complainant of a denial or other unusual circumstances.

4. On April 21, 2006, the attached Freedom of Information (FOIA) Request was sent to the Federal Bureau of Investigation, United States Courthouse, 312 Spring Street, Los Angeles California, 90012, requesting the following records:

> a). Any and all documents, records, reports, audiotapes or videotapes, in electronic, digital, analog or in any other format in your possession, custody or control from the arrest of Anthony Pellicano, relating in any way, whatsoever, with James R. Skrzypek or Federal Security, Inc.

5. At the top of the "Request", expedited processing was requested for a need in pending litigation.

6. Complainant has received no response pursuant to his "Request", whatsoever, as of this date, well outside of the 10 working day period to comply or notify the complainant of a denial or other unusual circumstances.

WHEREFORE, the Plaintiff prays this Court issue an Order to compel production of the aforesaid records forthwith.

_____
James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

\*\* <u>EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION</u> \*\*

FREEDOM OF INFORMATION ACT FORMAL
REQUEST FOR INFORMATION

Ex. 1

DATE:      April 21, 2006

AGENCY:    United States Treasury Department

ADDRESS:   200 W. Adams Street

CITY, STATE   Chicago, Illinois 60606

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

IDENTIFYING PERSONAL INFORMATION

NAME:      James R. Skrzypek

ADDRESS:   P.O. Box 1000

CITY, STATE, ZIP:   Duluth, Mn 55814

BIRTHDATE:   February 12, 1949

BIRTHPLACE:  Chicago, Illinois

SOCIAL SECURITY NUMBER:   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

FBI NUMBER:   Unknown

MARSHAL'S SERVICE NUMBER:   Unknown

06 1129
FILED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

<u>REASONABLY IDENTIFIABLE RECORD</u>

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Search warrant applications and affidavits to search a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

2. Search warrants for a search of a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W Foster Avenue, Chicago, Illinois on July 23 24 and 25, 1997.

5. Identities of all agents and government officeals or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance equiptment to the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See <u>Pollack V. Department of Justice</u>, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
        Requestor Signature

\*\* EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION \*\*

FREEDOM OF INFORMATION ACT FORMAL
REQUEST FOR INFORMATION

EX. 2

DATE: April 21, 2006

AGENCY: Federal Bureau of Investigation

ADDRESS: United States Courthouse, 312 Sprin Street

CITY, STATE Los Angeles, Ca 90012

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

IDENTIFYING PERSONAL INFORMATION

NAME: James R. Skrzypek 083240424

ADDRESS: P.O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Illinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER: Unknown

MARSHAL'S SERVICE NUMBER: Unknown

06 1129
FILED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

## REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

Any and all documents, records, reports, audiotapes or videotapes, in electronic, digital, analog or in any other format in your possession, custody or control from the arrest of Anthony Pellicano, relating, in any way, whatsoever, with James R. Skrzypek or Federal Security, Inc.

Page 2A of FOIA Request

Please search the "I-Drive", "S-Drive" or any other electronic storage or retention system for these documents at FBI Headquarters or FBI Field Offices germaine to my request.

This request specifically includes all "main" files and "see references" including but not limited to numbered and lettered sub-files, 1A envelopes, enclosures behind files (EBF's), bulky exhibits, control files, and "JUNE" files and reports along with FD 302, FD 209 or other FD inserts, work files, in "workbox" areas, ZyIndex files, Field Office Information Support (FOIMS) Computer Systems Files, sub files such as ELA, ELA1B, ACS Computer Files, FCI/IT Files, ELSUR Files, and any other files or systems whatever their vernacular or nomenclature.

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack V. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
    Requestor Signature