UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

"ORIGINAL"

| | |
|---|---|
| JAMES R. SKRZYPEK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES TREASURY DEPARTMENT, et al., <br><br> Defendants | Civil Action No. 06 1129 |

**AMENDED COMPLAINT TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 5 USCS § 552 FREEDOM OF INFORMATION ACT**

NOW COMES Plaintiff, James R. Skrzypek, and submits this amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure and states as follows:

1. Plaintiff re-states and re-alleges the information contained in paragraphs 1 through 3 of the original complaint.

2. Plaintiff re-states and re-alleges the information contained in paragraphs 4 through 6 of the original complaint and further states as follows as to the Federal Bureau of Investigation (FBI):

   a). On April 21, 2006, an original request was sent to the FBI Chicago Office, located at 219 S. Dearborn Street, Chicago, Illinois 60604 requesting "Expedited Processing for Current Litigation" for the following information:

   1. Search warrant applications and affidavits to search a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

   2. Search warrants for a search of a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

5. Identities of all agents and government officials or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance equipment to the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

8. Copies of FD 597 Receipts for tape recorders, describing make, model and serial numbers corresponding to a December 22, 1994 summary of tape recordings prepared by SA John Robert Shoup and submitted by memorandum on January 3, 1995.

b). On April 21, 2006, an original request was sent to the FBI Records Management Division in Washington DC, Requesting "Expedited Processing for Current Litigation" for the following information:

1. Documents, relating in any way, to entries made, court ordered or other, to premises owned by requestor, located at 7628 through 7630 W. Foster Avenue, Chicago, Illinois 60656 on February 24, 1994.

c). On April 24, 2006, an original request was sent to the FBI Chicago Office, located at 219 S. Dearborn Street, Chicago, Illinois 60604 requesting "Expedited Processing for Current Litigation" for the following information:

1. Documentation relating in any way to photographs taken of a garage located at 7620 W. Foster Avenue, Chicago, Illinois on July 10, 1997, including but not limited to activity sheets, time sheets and FD 2 Daily Reports for Agent John Dewik who photographed the garage interior on July 10, 1997.

c). On May 1, 2006, an original request was sent to the FBI Records Management Division in Washingon DC, requesting "Expedited Processing for Current Litigation" for the following information:

1. Documents relating in any way, to any electronic surveillance, telephonic, video, audio or other, including listening devices installed pursuant to court order or other, concerning James R. Skrzypek and/or Federal Security, Inc., from 1992 to present.

2. Documents relating in any, to Anthony Pellicano and his involvement, in any way, with James R. Skrzypek and/or Federal Security, including, but not limited to audiotape analysis, enhancement, reproduction or corrections.

d). On May 12, 2006, a letter was received from the FBI, David M. Hardy, Section Chief, Record/Information Dissemination Section, Records Management Division in Washington DC, returning the April 21 and 24, 2006 original requests, with notation "NOT [ON] DEATH ROW", and other unknown notations and initials. The April 21, 2006 original request sent to the FBI Office in Los Angeles, California remains unresponsive.

e). On May 18, 2006, Plaintiff sent the letter which requested identical information concerning the identity of Plaintiff back to Mr. Hardy, along with the original requests of April 21 and 14, 2006. Plaintiff renewed the request for these documents, once again, for "Expedited Processing for Current Litigation."

f). On May 19, 2006, Plaintiff received a letter from Mr. Hardy assigning a Request Number of 1049543-000.

g). On June 12, 2006, Plaintiff received a letter from Mr. Hardy assigning a Request Number of 1050096-000.

3. Despite repeated requests for information based and needed on an "expedited basis" to perfect Plaintiff's appeal in the criminal case against him, no response or other communication has been received, as of this date, responsive to Plaintiff's original request.

4. On April 21, 2006, an original request was sent to the United States Attorney's Office for the Central District of California, requesting "Expedited Processing for Current Litigation" for the following information:

  a). Any and all documents, records, reports, audiotapes or videotapes, in electronic, digital, analog or in any other format in your possession, custody or control from the arrest of Anthony Pellicano, relating, in any way, whatsoever, with James R. Skrzypek or Federal Security, Inc.

5. On April 21, 2006, an original request was sent to the United States Attorney's Office in Chicago, Illinois requesting "Expedited Processing for Current Litigation" for the information listed in paragraph 2.(a).1-8 of Plaintiff's amended complaint.

6. On May 8, 2006, a letter was received from Sharon E. Getty, Legal Administration Specialist at the United States Attorney's Office in Chicago forwarding Plaintiff's request to Ms. Marie A. O'Rourke, Assistant Director, Freedom of Information /PA Unit, Executive Office fo the U.S. Attorney's in Washington DC. Plaintiff forwarded a letter to MS. O'Rourke dated May 10, 2006 renewing the original request and requesting "Expedited Processing for Current Litigation".

7. On May 9, 2006, Plaintiff received a letter from the United States Attorney's Office for the Central District of California, forwarding Plaintiff's request to the FOIA Office for the Executive Office of the United States Attorney in Washington, DC. On May 15, 2006, Plaintiff wrote to Ms. O'Rourke and re-submitted the information, once again, that was contained in Plaintiff's original request of

April 21, 2006 as stated in paragraph 4.(a). of Plaintiff's amended complaint and urging "Expedited Processing for Current Litigation".

8. On May 24, 2006 a letter was received from William G. Stewart, Acting Assistant Director for the Freedom of Information/Privacy Act Staff in Washington DC assigning Request Number 06-1460 to Plaintiff's submission and requesting a Certificate of Identity form to be submitted. Plaintiff complied and sent the form back to Mr. Stewart with the notation "Expedited Processing Requested for Current Litigation".

9. On May 25, 2006 a letter was received from Mr. Stewart assigning Request Number 06-1475 and requesting a Certificate of Identity form to be submitted. Plaintiff complied and sent the form back to Mr. Stewart with the notation "Expedited Processing Requested for Current Litigation".

10. On June 1, 2006 a letter was received from Mr. Stewart assigning Request Number 06-1528 and requesting a Certificate of Identity form to be submitted. Plaintiff complied and and returned the form as requested.

11. On June 8, 2006, a letter was received from Mr. Stewart assigning Request Number 06-1636 and requesting a Certificate of Identity form to be submitted. Plaintiff complied and sent the form back to Mr. Stewart with the notation "Expedited Processing Requested for Current Litigation".

12. Despite repeated requests for information based and needed on an "expedited basis" to perfect Plaintiff's appeal in the criminal case against him, no response or other communication has been received, as of this date, responsive to Plaintiff's original request.

13. On June 12, 2006, an original request was sent to the National Security Agency, 9800 Savage Raod, Fort George G. Meade, Maryland 20755-6000 Requesting the following information:

a). Any and all documents, records, reports, audiotapes or videotapes, in electronic, digital, analog or in any other format in your possession, custody or control obtained, in any way, including, but not limited to, deciphered encrypted format, from Anthony Pellicano, relating, in any way, whatsoever, with James R. Skrzypek or Federal Security, Inc.

14. Plaintiff has received no communication pursuant to his request, whatsoever, as of this date, well ouside of the 20 working day period to comply or notify the Plaintiff of a denial or other unusual circumstances.

WHEREFORE, Plaintiff prays this Court issue an Order to Compel Production of the aforesaid records forthwith.

_____
James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814