**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _Columbia_

TO: US Treasury Department
200 W. Adams Street
Chicago, IL 60606

Civil Action, File Number ___06-1129___

James R. Skrzypek

V.

US Treasury Dept., et al.

...ved pursuant to the Federal Rules of Civil Procedure.

...nt part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...urpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...other entity, you must indicate under your signature your relationship to that entity. If ...authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you ...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the ...f you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Treasury Dept
200 W. Adams St.
Chicago, IL

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Tim O'Dell_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Timothy Charles
C. Date of Delivery: 6/29/2006
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7001 0320 0001 2140 9439

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature

Form USM-299

RECEIVED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT