UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZPEK, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES TREASURY DEPARTMENT, )<br>   et al., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 06-1129 (EGS) |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, through undersigned counsel, respectfully move for an enlargement of time, to and including September 12, 2006, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendant states the following:

1. This FOIA case is brought against the Department of the Treasury and the Federal Bureau of Investigation.  The Answer to the Complaint is currently due on July 28, 2006.

2. Undersigned counsel has been in contact with the various agencies but does not have sufficient information at this time to fully compose a responsive pleading.  In this effort, counsel is impeded because agency counsel like other employees of the Office of Chief Counsel, Internal Revenue Service, Department of the Treasury has been displaced

by the recent flood making it more difficult to coordinate and exchange information. Counsel also needs to communicate further with the Federal Bureau of Investigation to determine the status of plaintiff's FOIA case within that component.

    3. Defendants also anticipate that they may be filing a motion to dispose of some, if not all, of the case and request additional time to investigate and prepare such a motion.

    4. Undersigned counsel also has several competing demands on her schedule over the past few and next weeks. Specifically, counsel was out of town during the week of July 17, 2006 and had the responsibility of preparing and reviewing four appellate briefs two of which were also due July 28, 2006, one which will be filed on or before August 1, 2006, and one which is currently due on or before August 4, 2006. Preparing these documents has consumed much of the undersigned counsel's time.

    5. This is defendant's first enlargement of time in this case. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

    A proposed order granting this motion for enlargement is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

    Respectfully submitted,

    /s/
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney
    /s/

    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

    /s/
    MADELYN E. JOHNSON, DC Bar #292318
    Assistant United States Attorney
    U.S. Attorney's Office, Rm  E4114
    555 4th Street, N.W.
    Washington, D.C.  20530
    *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on July 28, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135