UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK           )
                            )
         Plaintiff,         )
   v.                       )
                            )  Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, )         EGS
et al.,                     )
                            )
         Defendants         )
                            )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COMES Plaintiff, James R. Skrzypek, Pro Se, in Response to Defendants' Motion for Enlargement of Time to answer or otherwise plead and states as follows:

1. This action has been commenced by virtue of the fact that the government has been unresponsive to Freedom of Information Requests submitted since April 2006, despite notations of requests for expedited processing due to current litigation.

2. Plaintiff is entitled to the documents requested pursuant to the Freedom of Information Act (FOIA) and the government has had ample time to comply with the provisions of 5 U.S.C. § 552 as relates to the production of the requested information.

3. Any extensions of time are vexatious and for purposes of delay.

4. Plaintiff is incarcerated and his loss of liberty and freedom far outweigh any misplaced perception that extensions of time to comply with the law are justified.

WHEREFORE, Plaintiff prays this Court consider Plaintiff's Response to Defendants' Motion for Enlargement of Time and his objection for any further delay.

_____
James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814