**RECEIVED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JAMES R. SKRZYPEK                      )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )    Civil Action No. 06 1129
                                       )
UNITED STATES TREASURY DEPARTMENT,     )
et al.,                                )
                                       )
          Defendants                   )
                                       )

---

## MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, James R. Skrzypek. Pro Se, and submits the Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and states as follows:

1.    On July 10, 2006, Plaintiff filed an amended complaint adding certain Defendants, including the National Security Agency to the complaint.

2.    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant has 30 days to which to answer or otherwise plead to Plaintiff's complaint. Defendant has not responded or answered the complaint in compliance with Rule 56.

3.    Plaintiff respectfully requests Summary Judgment as to the provisions of the amended complaint and an Order from the Court as to material and documents requested under provisions of the Freedom of Information Act 5 U.S.C. § 552.

WHEREFORE, Plaintiff prays this Court grant the Motion for Summary Judgment with an Order of Court compelling production of

material and documents outlined in the amended complaint with any
other relief and costs associated with this action.

_____
James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

Dated: August 14, 2006