UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK
Plaintiff(s)

vs

U.S. TREASURY DEPT. ET AL
Defendant(s)

Civil Action No. 06-1129 EGS

FILED
SEP 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C. 1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_____    _____
_____    _____
_____    _____
_____    _____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _____ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

8/26/06

UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK

VS.                                      C.A. No. _06-1129 EGS_

U.S. TREASURY DEPT. ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____