RECEIVED

SEP 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JAMES R. SKRZYPEK                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )    Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT,   )                    *EGS*
et al.,                              )
                                     )
          Defendants                 )
                                     )

---

## ADDENDUM TO COMPLAINT TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 5 USCS § 552 FREEDOM OF INFORMATION ACT FOR PUNITIVE DAMAGES

NOW COMES Plaintiff, James R. Skrzypek, and submits this Addendum to Complaint to Compel Production of Records Pursuant to 5 USCS § 552 Freedom of Information Act for Punitive Damages and states as follows:

1.      Plaintiff re-states and re-alleges the information contained in the amended complaint filed on July 14, 2006 in its entirety.

2.      On August 29, 2006 Plaintiff received a letter from William G. Stewart II, Acting Assistant Director of the FOIA and Privacy Act Staff for the U.S. Department of Justice marked as Exhibit 1, requesting Eight Thousand Six Hundred Eighty Dollars ($8,680.00) for search fees of Plaintiff's April 21, 2006 initial request for documents. This letter cites a required search of more than 250 boxes of documents for Plaintiff's 8 item request listed in his amended complaint.

3.      Also on August 29, 2006, Plaintiff received a Motion
for Third Extension of Time to File Plaintiff-Appellee's Brief, marked
as Exhibit 2, which states in paragraph 10 that the number is signific-
antly less than represented in the letter received by Plaintiff.
The U.S. Attorney's Office gives the impression that it must laboriously
search through 250 or more boxes when 130 out of 213 boxes are well
organized, indexed and part of the trial exhibits. The United States
Attorney's Office knows that a volume of boxes contain tax records,
billing records and payroll records that have nothing to do with
Plaintiff's request. Hence, the search conducted by the U.S. Attorney's
is much less than represented and is being done to maliciously withhold
documents from Plaintiff by creating the impression that the cost
of Plaintiff's request would exceed eight thousand ($8,000) dollars.

WHEREFORE, Plaintiff prays this Court award punitive damages
in an amount appropriate along with associated costs.

James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814



**U.S. Department of Justice**

Executive Office for United States Attorneys

| FOIA and Privacy Act Staff | *Suite 7300, Bicentennial Building* | *(202) 616-6757* |
|---|---|---|
| | *600 E Street, N.W.* | *FAX (202) 616-6478* |
| | *Washington, DC 20530* | |

Requester: James R. Skryzpek

Request No. 06-2319

AUG 23 2006

Dear Mr. Skryzpek:

We are currently searching for documents responsive to your FOIA/PA request for specific records from your case file, and we have reached the two hours of search time provided to you at no charge. Federal Regulation 28 CFR 16.11(i) provides that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Search time is $28.00 per hour, after the first two hours which are free. In your case, the Northern District of Illinois has informed us that a complete search will take an additional 310 hours to search through more than 250 boxes of records in the case. Again, this excludes the first two hours which are provided free of charge. Therefore, the search fee would be approximately $8680. Normally a box of records contains between 2,000 and 4,000 pages. We do not know, prior to a complete search, how many pages might be found responsive to your request. Although not all of these records are likely to be released to you, please note that in addition to the charges for search time, we charge $.10 per page for pages released to you, after the first 100 pages which are free. Once processing has been completed and a final charge is known, you will be required to submit the remaining fee before documents will be released to you.

Accordingly, an advance payment of $8680.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search. We note that some, at least, of the records you are seeking are public records that may be available from the clerk of the court.

**Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Garry Stewart at 202-616-3450.

Sincerely,

William G. Stewart II
Acting Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.

EX. 1

Requester: James R. Skryzpek          Request: 06-2319

**Choose One**

1. Enclosed is an advance payment of $_____ for search fees.

2. Please terminate the search for documents. I promise to pay $_____ for duplication fees for documents found thus far.

3. Please terminate the search. I am hereby withdrawing my request_____ (Sign)

4. I agree to pay no more than $_____ for search fees and no more than $_____ for duplication fees. Please process my request accordingly.

5. I wish to reformulate my request to include only the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may not reduce search time and fees and often increase them).

6. Please do not search any longer. **I understand that I am entitled to the first 100 pages free**. If you have found releasable documents, send me the free documents and close my case. If you have not found releasable documents, please close my case.

_____          _____
Name                                        Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

U.S.C.A.—7th Circuit
**RECEIVED**

AUG 2 5 2006 GW

GINO J. AGNELLO
CLERK

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
No. 05-2055, 05-2056

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| Plaintiff-Appellee, | ) | District Court for the Northern |
| | ) | District of Illinois, Eastern Division |
| | ) | |
| vs. | ) | No. 97 CR 516 |
| | ) | Honorable James B. Moran, |
| JAMES R. SKRZYPEK, and | ) | *Judge* |
| JANICE M. SKRZYPEK, | ) | |
| Defendant-Appellants. | ) | |

## MOTION FOR THIRD EXTENSION OF TIME
## TO FILE PLAINTIFF-APPELLEE'S BRIEF

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, moves this Honorable Court for a third

30-day extension of time within which to file its brief, pursuant to Fed. R. App. P. 26(b) and

Seventh Circuit Rule 26, from September 1, 2006, to and including October 2, 2006. In

support of its motion, the affidavit of Assistant United States Attorney Brian Patrick Netols is

attached.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____

BRIAN PATRICK NETOLS
Assistant U. S. Attorney
U. S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-4128

EX. 2

STATE OF ILLINOIS      )
                             )    SS
COUNTY OF COOK      )

## AFFIDAVIT

Brian Patrick Netols, Assistant United States Attorney, duly sworn on oath asserts that:

1. Affiant is the Assistant United States Attorney who was the lead trial counsel and is primarily responsible for reviewing the original record underlying this appeal, researching the issues, and preparing the government's brief. Currently, the government's brief is due September 1, 2006. This affidavit is submitted in support of a request that the time for filing the government's brief be extended 30 days to and including the next business day of October 2, 2006.

2. On March 25, 2002, the jury found appellants James R. Skrzypek and Janice M. Skrzypek guilty of racketeering, racketeering conspiracy, conspiracy to defraud the United States, mail and wire fraud, false claims, bribery, money laundering, obstruction of justice, failure to file income tax returns, filing false income tax returns and failure to pay income taxes.

3. On March 8, 2005, the District Court sentenced appellants each to a total term of 90 months' imprisonment. On March 17, 2005, appellants filed notices of appeal to this Court. Both appellants are in custody.

4. Appellants' briefs were originally due on December 14, 2004. However, this

1

Court granted appellants four (4) extensions of time. By order dated March 9, 2006, this Court ordered appellants to file their briefs on or before April 12, 2006.

   5. On March 27, 2006, counsel for appellant James R. Skrzypek sought leave to withdraw on the basis of irreconcilable differences and a total breakdown in communication resulting from appellant James R. Skrzypek's insistence that counsel proceed with the appeal contrary to counsel's ethical duties. On March 30 2006, this Court denied counsel's motion to withdraw, but instead allowed appellant James R. Skrzypek to file a *pro-se* supplemental brief addressing issues not raised in the brief filed by counsel.

   6. On April 10, 2006, appellants, through counsel, filed their joint brief with this Court. In this brief, appellants challenge only the district court's failure to establish a schedule of restitution payments.

   7. Appellant James R. Skrzypek's *pro se* supplemental brief was originally due on May 3, 2006. However, this Court granted Appellant James R. Skrzypek one (1) extension of time. By order dated April 18, 2006, this Court ordered Appellant James R. Skrzypek to file his brief on or before June 2, 2006.

   8. On May 26, 2006, appellant James R. Skrzypek, who is in custody, filed his *pro se* supplemental brief by mail, which was received by the government on May 30, 2006. Appellant James R. Skrzypek's *pro se* supplemental brief attacks his convictions as the product of government misconduct, in the form of warrantless searches and manufactured

2

evidence, and ineffective counsel, and also challenges his sentence.

9.   Appellant James R. Skrzypek's *pro se* supplemental brief refers to and relies upon materials not before the district court, including a civil proceeding with which the affiant is not readily familiar, and to trial exhibits which have not been supplemented to the record on appeal.

10.   Although the record on appeal only consists of 2 boxes, the government's trial file in this case is contained in 213 boxes, of which over 130 of these boxes contain the actual trial exhibits. As is the custom in this district, the United States Attorneys Office has kept custody of the voluminous trial exhibits rather than designating them all and transporting them to the Clerk of the Court of Appeal. The affiant is in the process of reviewing the voluminous trial transcripts, exhibits and other materials before the district court and is identifying items which should have been supplemented in support of the *pro se* supplemental brief and/or will be relied upon by the government in addressing issues raised in the *pro se* supplemental brief.

11.   The affiant is lead counsel on a complex time sensitive public corruption investigation which requires travel out of the district. Disclosure of the investigation by third-parties has unexpectedly required more time to be devoted to this investigation than had been planned at the time the undersigned sought his last extension of time.

12. The AUSA assigned to edit the brief, Edmond Chang, Chief of Appeals, is currently preparing for trial in United States v. Welchko, 03 CR 268, which is set to begin

3

on September 7, 2006, and the requested extension of time will allow him the time to edit the brief.

13. This is the government's third request for an extension of time to file its brief. This request for an extension of time is not brought for purposes of delay, but rather to ensure that an accurate and thoughtful brief may be filed on behalf of the government. The issues raised by appellant's *pro se* supplemental brief necessitate a careful and full review of the transcript from the District Court proceedings, including the trial and the sentencing hearing, and of the trial exhibits and other materials before the district court.

14. Affiant requests a 30-day extension of time which will allow government counsel to fully review the record, research the legal issues raised by appellant, and draft the government's response to appellants' challenges.

15. Affiant will exercise due diligence in preparing the government's brief, giving it the highest priority. Even exercising due diligence, it will not be possible for government counsel to complete the brief on or before September 1, 2006.

16.   Oral argument has not been scheduled.

4

17.    For the foregoing reasons, Affiant respectfully requests that the government

be granted an extension of time of 30 days, plus the next business day, to October 2,

2006, for the filing of its brief.

_____

BRIAN PATRICK NETOLS
Assistant United States Attorney


Subscribed and sworn to
before me this 25th day of
August 2006.

_____
Notary Public

"OFFICIAL SEAL"
Diane Russell
Notary Public, State of Illinois
My Commission Exp. 08/31/2009

5

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
No. 05-2055, 05-2056

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| Plaintiff-Appellee, | ) | District Court for the Northern |
| | ) | District of Illinois, Eastern Division |
| | ) | |
| vs. | ) | No. 97 CR 516 |
| | ) | Honorable James B. Moran, |
| JAMES R. SKRZYPEK, and | ) | *Judge* |
| JANICE M. SKRZYPEK, | ) | |
| Defendant-Appellants. | ) | |

## CERTIFICATE OF SERVICE

I, Brian Patrick Netols,  hereby certify that on August 25, 2006, I caused a copy of

the foregoing GOVERNMENT'S MOTION FOR EXTENSION OF TIME, to be served

upon the following by first-class, postage paid mail:


Ronald Hanna
Hanna & Hanna. P.C.
411 Hamilton Blvd.
Associated bank Building
Peoria, Illinois 61602-1103


Andrew J. McGowan
Federal Public Defender for the Central District of Illinois
401 Main Street, Suite 1500
Peoria, Illinois 61602

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____

BRIAN PATRICK NETOLS
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-4128

7