UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZPEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1129 (EGS) |
| ) | |
| UNITED STATES TREASURY DEPARTMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, through undersigned counsel, respectfully move for an enlargement of time, to and including October 4, 2006, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendant states the following:

1. This FOIA case was initially brought against the Department of Treasury and the Federal Bureau of Investigation (FBI). Plaintiff filed an amended complaint on July 14, 2006, which included the original defendants, additional FBI field offices, the National Security Agency, and the Executive Office for United States Attorneys. The Answer to the Complaint is currently due on September 12, 2006.

2. Undersigned counsel has been in contact with the various agencies, but does not have sufficient information at this time to fully compose a responsive pleading. Counsel also needs to communicate further with the Federal Bureau of Investigation and Executive Office for United States Attorneys to determine the status of plaintiff's FOIA case within those components.

3. Defendants also anticipate that they may be filing a motion to dispose of some, if not all, of the case and request additional time to investigate and prepare such a motion.

4. Further, this extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement.

5. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

A proposed order granting this motion for enlargement is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 12, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

                                        /s/
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135