```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

JAMES R. SKRZYPEK,            )
                              )
        Plaintiff,            )
                              )
    v.                        )  Civil Action No. 06-1129 EGS
                              )
UNITED STATES TREASURY        )
DEPARTMENT, et al.,           )
                              )
        Defendants.           )
_____)

## DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S MOTION FOR ENLARGEMENT OF TIME

Defendant, Federal Bureau of Investigation (FBI), through undersigned counsel, respectfully moves for an enlargement of time, to and including December 5, 2006, within which to complete its processing of records that may be responsive to the requests to it and which are the subject of the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendant states the following:

1. Undersigned counsel has been in contact with the FBI, and has recently been advised that an additional 60-days is needed to complete a search for and to review the responsive records to determine what exemptions apply. Declaration of David Hardy (Hardy Decl.) ¶ 7.

2. Although a search of the FBI Headquarters did not reveal any responsive records, a search of the Chicago Field Office indices found material responsive to plaintiff's request; however, the FBI has preliminarily determined that this

investigative file is most likely exempt from disclosure pursuant to 5 U.S.C. § 552 (b)(7)(A) and (b)(7)(C). Id. ¶ 5.

3. The FBI had no record of a request to the Los Angeles field office although a copy was attached to plaintiff's complaint. Therefore, a search is being conducted and results of that search will be communicate to plaintiff in the near future. Id. ¶ 5.

4. Further, this extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement. The FBI has stated that it requires a 60-day enlargement of time so that it may complete its processing of the records from its field offices as described above. Once the FBI has completed its processing, any Vaughn indices and declarations must be prepared as well as a dispositive motion. Accordingly, defendant FBI requests that the Court enter the attached Order providing that the FBI will file a status report on December 5, 2006 regarding its processing and including a date by which it will file a dispositive motion. Defendant believes that this process will aide in the disposition of this case.

5. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

A proposed order granting this motion is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ Madelyn Johnson
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I CERTIFY that on October 4, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

                                                    /s/
                                   Madelyn E. Johnson
                                   Assistant U.S. Attorney
                                   555 4th Street, N.W., Rm. E4114
                                   Washington, D. C.  20530
                                   (202) 514-7135