IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 CV 1129 (EGS) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ET AL, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney and have been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief, I supervise approximately 214 employees who staff a total of ten (10) units and a field operational service center unit whose collective

mission is to effectively plan, develop, direct and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a.

(4)     The purpose of this declaration is to provide the Court and plaintiff with copies of correspondence in response to his FOIPA requests to FBIHQ and its Chicago field office. **(See Exhibits A and B.)**

(5)     A search of automated and manual indices at FBIHQ revealed no records responsive to plaintiff's request. A search of the Chicago indices found material responsive to plaintiff's request; however, this investigative file is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A) and (b)(7)(C).

(6)     The FBI had no record of a request to the Los Angeles field office although a copy was attached to plaintiff's complaint. Therefore, a search is being conducted and results of that search will be communicated to plaintiff in the near future.

(7)     The FBI will require approximately 60 days to review the responsive records to

determine what additional exemptions apply.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this \_\_\_\_4\_\_\_\_ day of October, 2006

DAVID M. HARDY
Record/Information Dissemination
  Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )
) Civ. A. No. 06-1129 (EGS)
Federal Bureau of Investigation, et al., )
)
Defendants. )

# EXHIBIT A


U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

October 4, 2006

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543-000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civ. A. No. 06-1129 (EGS) |
| Federal Bureau of Investigation, et al., ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 4, 2006

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543- 000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A) and (b)(7)(C). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division