UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1129 EGS ) |
| UNITED STATES TREASURY DEPARTMENT, et al., | ) ) ) |
|     Defendants. | ) ) |

**DEFENDANTS INTERNAL REVENUE SERVICE, NATIONAL SECURITY AGENCY, AND EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS MOTION FOR ENLARGEMENT OF TIME**

Defendants, Internal Revenue Service, National Security Agency, and Executive Office for the United States Attorneys, through undersigned counsel, respectfully moves for an enlargement of time, to and including October 6, 2006, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendant states the following:

This FOIA case was initially brought against the Department of Treasury and the Federal Bureau of Investigation (FBI). Plaintiff filed an amended complaint on July 14, 2006, which included the original defendants, additional FBI field offices, the National Security Agency, and the Executive Office for United States Attorneys. The Answer to the Complaint is currently due on October 6, 2006.

Defendant has prepared a dispositive motion as to all defendants except the Federal Bureau of Investigation, but we could not file the motion as scheduled, because there was a single remaining issue regarding one of the declarations.

This request for an enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

A proposed order granting this motion is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I CERTIFY that on October 4, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

/s/
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C. 20530
(202) 514-7135