UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JAMES R. SKRZYPEK,              )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
        Defendants.             )
                                )
```

## DEFENDANT NATIONAL SECURITY AGENCY'S
## MOTION FOR ENLARGEMENT OF TIME

Defendant National Security Agency, through undersigned counsel, respectfully moves for an enlargement of time, to and including October 16, 2006, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendant states the following:

This FOIA case was initially brought against the Department of Treasury and the Federal Bureau of Investigation (FBI). Plaintiff filed an amended complaint on July 14, 2006, which included the original defendants, additional FBI field offices, the National Security Agency, and the Executive Office for United States Attorneys.  The Answer to the Complaint is currently due on October 6, 2006.

As scheduled, Defendant has filed a dispositive motion as to defendants Internal Revenue Service and the Executive Office for United States Attorneys.  However, there still remains a single

unresolved issue regarding defendant National Security Agency's declaration.

This request for an enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

A proposed order granting this motion is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

          Respectfully submitted,

          JEFFREY A. TAYLOR, DC Bar #498610
          United States Attorney

          RUDOLPH CONTRERAS, DC Bar #434122
          Assistant United States Attorney

          MADELYN JOHNSON, DC Bar #396739
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C.  20530

CERTIFICATE OF SERVICE

I CERTIFY that on October 6, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135