```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,              )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
        Defendants.             )
                                )
```

ORDER

UPON CONSIDERATION of defendant National Security Agency's motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2006

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant National Security Agency shall have to and including October 16, 2006 within which to answer, move, or otherwise respond to the Complaint in this case.

_____
UNITED STATES DISTRICT JUDGE