## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK                    :
                                     :
                                     :      CIV-06-1129 (EGS)
        v.                           :
                                     :
                                     :      Declaration of
UNITED STATES TREASURY               :      Jose Franco
DEPARTMENT, ET. AL.                  :

I, Jose Franco, pursuant to the provisions of 28 U.S.C. § 1746, state:

1.      I am a Special Agent in the Chicago, Illinois office of the Criminal

Investigation (CI) Division of the Internal Revenue Service (IRS). I have been a Special

Agent for 19 years and an employee of the IRS for 27 years. The functions of an IRS

Special Agent include the investigation of criminal violations of the Internal Revenue

Code (Title 26 of the United States Code) and related offenses, including violations of

Titles 18 and 31 of the United States Code. I have conducted numerous investigations

of varying levels of difficulty and complexity, and have participated in joint investigations

with other law enforcement agencies. My work requires knowledge of the types of

documents created and maintained by CI.

2.      On May 12, 2006, I received by facsimile, from my Special Agent in

Charge, a copy of plaintiff's April 21, 2006 Freedom of Information Act (FOIA) request

letter addressed to the Department of Treasury. I was familiar with the investigation

referenced in plaintiff's FOIA request based on my participation in a joint investigation of

plaintiff in 1997, led by the Federal Bureau of Investigation (FBI), for racketeering, bribery, tax, and other related criminal offenses.

3.   Plaintiff's FOIA request letter sought documents and information related to a search of a residence at 7620 W. Foster Avenue, Chicago, IL on July 23, 24, and 25, 1997. Specifically, plaintiff sought:

a.   Search warrant applications;

b.   Copies of the search warrants;

c.   Reports, daily or other, surrounding the entries into the residence;

d.   Inventory of property removed from the residence;

e.   Identities of agents and government officials or employees entering the residence;

f.   Copies of photographs and/or video made of the residence; and

g.   Reports of the installation or removal of electronic surveillance equipment in the residence.

4.   I am familiar with the "search" of the residence at 7620 W. Foster Avenue, Chicago, IL referred to in plaintiff's FOIA request. Plaintiff was arrested on July 23, 1997 by FBI agents. I was present at the time of the arrest and assisted the FBI in seizing assets and records owned by plaintiff. Any inventories of records I made at that time were turned over to the FBI agent in charge at the residence and I retained no copies for the IRS's files.

5.   Based on this information, on May 17, 2006, I provided plaintiff's FOIA request letter to the IRS's Chicago, Illinois Disclosure Office for response and handling. I informed Senior Disclosure Specialist Linda Barnes that while the IRS participated in

2

the search of the property it did not maintain the records requested by plaintiff. I told

Ms. Barnes that the FBI, as the lead agency, would have the types of records requested

by plaintiff. In a letter dated June 7, 2006, Ms. Barnes responded to plaintiff's FOIA

request, informing plaintiff that the requested records were maintained by the FBI. (A

copy of the IRS's response letter is attached as Attachment A.)

      6.    After plaintiff filed this lawsuit, Adrienne Mikolashek, an attorney in the

IRS's Office of the Chief Counsel (Disclosure & Privacy Law) contacted me on several

occasions to discuss the underlying criminal investigation of plaintiff and the records I

maintained regarding the investigation.

      7.    Eventually, on September 13, 2006, Adrienne Mikolashek called and

asked that I conduct a search of the IRS records maintained by the IRS's CI office in

Chicago, Illinois to confirm my recollection and further support the IRS's June 7, 2006

response to plaintiff's FOIA request that the IRS does not have any records responsive

to plaintiff's request.

      8.    I knew that the IRS's records from concerning the criminal investigation of

plaintiff were located in the evidence room maintained by the IRS's Criminal

Investigation Division in Chicago, Illinois, as I was responsible for moving the boxes of

records from the U.S. Attorney's Office in Chicago to the evidence room at the

conclusion of plaintiff's criminal trial. I also knew the records had not been sent to the

National Records Center because it will be my responsibility to box and send these

records once plaintiff has exhausted his criminal appeal rights.

      9.    As requested, I conducted a search of 89 boxes of records related to the

investigation of plaintiff. Not all of the boxes, however, relate to plaintiff individually, as

the investigation included the activities of four corporations owned in whole or in part by plaintiff. Nonetheless, I looked at all of the boxes.

10.    Each box was labeled as to its contents (*e.g.,* payroll checks, operating account checks, subpoenaed records). I examined the label on the outside of each box and opened the boxes and examined the contents of each box. I located no records responsive to plaintiff's FOIA request.

11.    My colleague, Ron Braver, and I also searched our personal computer files for any documents related to a search warrant application for a search of the residence on the dates referred to in plaintiff's FOIA request. Using plaintiff's name and that of his business, neither of us found any documents that showed the IRS applied for the search warrant for the property at 7620 W. Foster Avenue, Chicago, IL and executed on July 23, 24, and 25, 1997.

12.    These boxes consist of all of the records the IRS has on the criminal investigation of the plaintiff, and no other boxes or files would contain documents responsive to plaintiff's FOIA request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    09-25-2006

Jose Franco
Special Agent
Internal Revenue Service
Criminal Investigation
8125 North River Road
Suite 103
Morton Grove, IL  60053

4



# DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
### WASHINGTON, D.C. 20224

June 7, 2006

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

RE: FOIA Request for Records for your Social Security Number 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

Dear Mr. Skrzypek:

This is in response to your Freedom of Information Act (FOIA) request, dated April 21, 2006 and received in our office on May 17, 2006.

Your request was for copies of search warrant applications and affidavits, search warrants, reports, inventory, copies of photographs or videos, and reports of installation or removal of electronic surveillance equipment for the residence located at 7620 W. Foster Ave, Chicago on July 23, 24, and 25, 1997. You also requested to know the identities of all agents which entered that residence on those dates.

Please be advised that our office does not maintain the above records. The requested records are maintained by the FBI (Federal Bureau of Investigation). You may send your request to:

> FBI Chicago
> 219 S. Dearborn St., Room 905
> Chicago, IL 60604-1702

Should you have any questions concerning this correspondence, you may contact Senior Disclosure Specialist Linda Barnes, ID#36-08136, by phone at 312-566-3531 or by mail to Internal Revenue Service, Chicago Disclosure Office, 230 S. Dearborn St., Mail Stop 7000CHI, Chicago, IL 60604. Please refer to case number 04-2006-02168.

Sincerely,

Linda Barnes

Linda Barnes
Senior Disclosure Specialist

Attachment A
16

**Illinois**

**FBI Chicago**
Room 905
E.M. Dirksen Federal
Office Building
219 South Dearborn Street
Chicago, Illinois 60604-
1702
chicago.fbi.gov
(312) 431-1333

**FBI Springfield**
900 East Linton Avenue
Springfield, Illinois 62703
springfield.fbi.gov
(217) 522-9675

**Indiana**

**FBI Indianapolis**
Room 679, FOB
575 North Pennsylvania
Street
Indianapolis, Indiana
46204-1585
indianapolis.fbi.gov
(317) 639-3301

**K**

Kentucky

top c

**FBI Louisville**
Room 500
600 Martin Luther King Jr.
Place
Louisville, Kentucky
40202-2231
louisville.fbi.gov
(502) 583-3941

**L**

Louisiana

top c

**FBI New Orleans**
2901 Leon C. Simon Dr.
New Orleans, Louisiana
70126
neworleans.fbi.gov
(504) 816-3000

**M**

Maryland

top c

**FBI Baltimore**
2600 Lord Baltimore
Baltimore, Maryland 21244
baltimore.fbi.gov
(410) 265-8080