*[Handwritten note: Leave so file is granted. [signature] 10/17/06]*

October 2, 2006

Clerk's Office
United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Sir:

    In response to your enclosed request, I am submitting another original of the filing that I have done on Case No. 06 1129 (EGS), naming all Defendants and completing their full official addresses.

    I presume that this will comply with your request and if, for some reason, it does not, please contact me with instructions on any corrections that need to be made.

    Thank you for your cooperation and I remain,

Sincerely,

*[signature]*

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

"ORIGINAL"

| | |
|---|---|
| JAMES R. SKRZYPEK )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>UNITED STATES TREASURY DEPARTMENT )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>)<br>FEDERAL BUREAU OF INVESTIGATION )<br>935 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20535-0001 )<br>)<br>UNITED STATES ATTORNEY )<br>600 E. Street, N.W. )<br>Suite 7300 Bicentennial Building )<br>Washington D.C. 20530-0001 )<br>)<br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE )<br>9800 Savage Road )<br>Fort George G. Meade, Maryland 20755-6000 )<br>)<br>　　　　Defendants )<br>) | Civil Action<br>06 1129 EGS |

**AMENDED COMPLAINT TO COMPEL PRODUCTION OF RECORDS PURSUANT TO
5 USGS § 552 FREEDOM OF INFORMATION ACT**

August 15, 2006

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Case No. 06-1129 (EGS)

    I have received the docket sheet that I requested and noticed that the National Security Agency was not listed as to being served with my amended complaint, as well as the United States Attorney's Office as Defendants.

    I have filed a Motion for Summary Judgment against the National Security Agency with your office for not responding pursuant to Rule 56 and would like to know if they have been served at all? In addition, please indicate if the United States Attorney has been served as well with my amended complaint.

    I would appreciate your quick response to my inquiries so as to determine whether the Defendants in this case have additional time to answer.

Sincerely,

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

(d) **ELECTRONIC TRANSMISSION.**

No pleading, motion or other document shall be transmitted to the Clerk for filing by means of electronic facsimile transmission except with express leave of Court.

**NAME AND ADDRESS OF PARTIES AND ATTORNEYS.**

███████████████████████████ve in the caption the name and full residence address of the party. Where a person is sued in an official capacity, the person's official address shall be used. If the party is appearing *pro se*, the caption shall also include the party's telephone number. Those filing *pro se in forma pauperis* must provide in the caption the name and full residence address or official address of each party. Failure to provide the address information within 30 days upon filing may result in the dismissal of the case against the defendant. All papers signed by an attorney shall contain the name, address, telephone number, and D.C. Bar identification number of the attorney if the attorney is a member of the D.C. Bar. All attorneys listed on any pleading or paper who are members of the D.C. Bar must include their D.C. Bar identification numbers regardless of whether they sign the pleading. Notice of a change in address or telephone number of an attorney or a party not represented by an attorney must be filed within 10 days of the change. Unless changed by notice filed with the Clerk, the address and telephone number of a party or an attorney noted on the first filing shall be conclusively taken as the last known address and telephone number of the party or attorney.

(2) By signing a pleading or paper that is presented to the Court, an attorney is certifying that the attorney, and all other attorneys appearing with the attorney on the pleading or paper, are members of, or have a pending application for admission to, the Bar of this Court, or has complied with LCvR 83.2(c) or (d), or is covered by LCvR 83.2(e) as an attorney employed by the United Sates or one of its agencies.

*COMMENT TO LCvR 5.1(e) (1) and (2): Section (e)(1) was amended to make clear that the reference to the requirement that all papers include "the bar identification number of the attorney" requires a D.C. Bar identification number. Because members of the Bar of this Court are not assigned bar identification numbers, Section (e)(2) was added to assist the Clerk's Office in verifying the bar membership status of attorneys who appear in this Court.*

(f) **FORM OF PAPERS.**

All papers shall be typed (double spaced) or reproduced by any duplicating or copying process that produces a clear black image on opaque white paper 11 inches long and 8-1/2 inches wide, unfolded, without back or cover, fastened at the top. Every paper shall contain a heading under the caption describing the nature of the pleading, motion or other paper. Papers should also be punched at the top with two holes, 2 3/4 inches apart