```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,              )
                                )
        Plaintiff,              )
                                )
     v.                         ) Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
        Defendants.             )
_____)
```

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss In Part, Or, In The Alternative, For Summary Judgment In Part, the grounds stated therefore, and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED that Defendants' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed as to defendant National Security Agency.

_____
UNITED STATES DISTRICT JUDGE

MADELYN JOHNSON
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530

JAMES R. SKRZYPKEK
#08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814