** <u>EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION</u> **

FREEDOM OF INFORMATION ACT FORMAL
REQUEST FOR INFORMATION

DATE: <u>April 21, 2006</u>

AGENCY: <u>United States Treasury Department</u>

ADDRESS: <u>200 W. Adams Street</u>

CITY, STATE <u>Chicago, Illinois 60606</u>

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

IDENTIFYING PERSONAL INFORMATION

NAME: <u>James R. Skrzypek</u>

ADDRESS: <u>P.O. Box 1000</u>

CITY, STATE, ZIP: <u>Duluth, Mn 55814</u>

BIRTHDATE: <u>February 12, 1949</u>

BIRTHPLACE: <u>Chicago, Illinois</u>

SOCIAL SECURITY NUMBER: <u>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</u>

FBI NUMBER: <u>Unknown</u>

MARSHAL'S SERVICE NUMBER: <u>Unknown</u>

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

**EX. 1**

<u>REASONABLY IDENTIFIABLE RECORD</u>

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

## REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Search warrant applications and affidavits to search a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

2. Search warrants for a search of a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W Foster Avenue, Chicago, Illinois on July 23 24 and 25, 1997.

5. Identities of all agents and government officeals or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance equiptment to the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

EX. 1

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See <u>Pollack V. Department of Justice</u>, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
        Requestor Signature

EX. 1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

June 7, 2006

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

RE: FOIA Request for Records for your Social Security Number 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

Dear Mr. Skrzypek:

This is in response to your Freedom of Information Act (FOIA) request, dated April 21, 2006 and received in our office on May 17, 2006.

Your request was for copies of search warrant applications and affidavits, search warrants, reports, inventory, copies of photographs or videos, and reports of installation or removal of electronic surveillance equipment for the residence located at 7620 W. Foster Ave, Chicago on July 23, 24, and 25, 1997. You also requested to know the identities of all agents which entered that residence on those dates.

Please be advised that our office does not maintain the above records. The requested records are maintained by the FBI (Federal Bureau of Investigation). You may send your request to:

>   FBI Chicago
>   219 S. Dearborn St., Room 905
>   Chicago, IL 60604-1702

Should you have any questions concerning this correspondence, you may contact Senior Disclosure Specialist Linda Barnes, ID#36-08136, by phone at 312-566-3531 or by mail to Internal Revenue Service, Chicago Disclosure Office, 230 S. Dearborn St., Mail Stop 7000CHI, Chicago, IL 60604. Please refer to case number 04-2006-02168.

Sincerely,

*Linda Barnes*

Linda Barnes
Senior Disclosure Specialist

**EX. 2**



U.S. Department of Justice
United States Attorney
Northern District of Illinois

Everett McKinley Dirksen Building   (312) 353-5300
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

May 8, 2006

James R. Skrzypek
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Dear Mr. Skrzypek:

This letter is to acknowledge the receipt of your F.O.I.A. request. A copy of your request has been sent to the Executive Office for U.S. Attorneys for processing. If you have any questions regarding your request you may wish to contact Ms. Marie A. O'Rourke, Assistant Director. The address is: Freedom of Information/PA Unit, Executive Office for the U.S. Attorneys, Room 7100, 600 E. Street, N.W. Washington, D.C. 20530. The telephone number is 202-616-6757.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

BY: *Sharon E. Getty*
Sharon E. Getty
Legal Administration Specialist

EX. 4

** EXPEDITED P\_\_SSING REQUESTED FOR CURI\_\_ LITIGATION **

## FREEDOM OF INFORMATION ACT FORMAL
## REQUEST FOR INFORMATION

DATE: April 21, 2006

AGENCY: U.S. Attorney

ADDRESS: 219 S. Daearborn Street

CITY, STATE: Chicago, Illinois 60604

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

NAME: James R. Skrzypek

ADDRESS: P O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Illinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER: Unknown

MARSHAL'S SERVICE NUMBER: Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

EX.4

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Search warrant applications and affidavits to search a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

2. Search warrants for a search of a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W Foster Avenue, Chicago, Illinois on July 23 24 and 25, 1997.

5. Identities of all agents and government officeals or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance equiptment to the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

8. Copies of FD 597 Receipts for tape recorders, describing make, model and serial numbers corresponding to a December 22, 1994 summary of tape recordings prepared by SA John Robert Shoup and submitted by memorandum on January 3, 1995.


EX. 4

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See <u>Pollack V. Department of Justice</u>, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
        Requestor Signature

EX.4

** <u>EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION</u> **

## FREEDOM OF INFORMATION ACT FORMAL REQUEST FOR INFORMATION

DATE: May 10, 2006

AGENCY: Marie O'Rourke, Assistant Director, Freedom of Information/PA Unit

ADDRESS: Executive Office for the U.S. Attorney, Room 7100, 600 E. Street, N.W.

CITY, STATE: Washington, D.C. 20530

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

NAME: James R. Skrzypek   08324-424

ADDRESS: P.O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Illinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER: Unknown

MARSHAL'S SERVICE NUMBER: Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

**Ex. 5**

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

as set forth in <u>Anderson V. Department of Health and Human Services</u>, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, <u>Sears V. Gottschalk</u>, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), <u>Bristol-Myers Co. V. F.T.C.</u>, 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Search warrant applications and affidavits to search a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

2. Search warrants for a search of a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W Foster Avenue, Chicago, Illinois on July 23 24 and 25, 1997.

5. Identities of all agents and government officeals or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance equiptment to the residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

8. Copies of FD 597 Receipts for tape recorders, describing make, model and serial numbers corresponding to a December 22, 1994 summary of tape recordings prepared by SA John Robert Shoup and submitted by memorandum on January 3, 1995.



EX.5

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack v. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.



Requestor Signature

EX. 5

May 10, 2006

Ms. Marie A. O'Rourke, Assistant Director
Freedom of Information/PA Unit
Executive Office for the U.S. Attorney, Room 7100
600 E. Street, N.W.
Washington, D.C. 20530

Dear Ms. O'Rourke:

    Enclosed, please find a letter that I received after I submitted the attached FOIA Request to the U.S. Attorney in Chicago.

    I have indicated that my request be considered for expedited processing as I am currently preparing a supplemental brief for the 7th Circuit Court of Appeals and have been granted permission to do so by the Court. As such, this information is vitally needed for this litigation. I am renewing this request with you as well.

Sincerely,


James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

EX. 6



U. S. Department of Justice

*United States Attorney*
*Central District of California*

*Cindy Lozano*
*FOIA Contact - Criminal Division*

United States Courthouse
312 North Spring Street
Los Angeles, California 90012

May 9, 2006

James R. Skrzypek
Fed. Reg. No. 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

   Re: <u>Freedom of Information Act Request</u>

Dear Mr. Skrzypek:

   Your letter dated April 21, 2006 requesting information under the Freedom of Information Act ("FOIA") has been referred to me for response.

   Your letter is being forwarded to the FOIA Office for the Executive Office of the United States Attorney at the Department of Justice in Washington. Pursuant to the Code of Federal Regulations, the Freedom of Information Office coordinates the processing of all FOIA requests for all of the United States Attorney's Offices. You should receive a response from them in the near future.

             Very truly yours,

             DEBRA WONG-YANG
             United States Attorney

        By: _____
             CINDY LOZANO
             FOIA Contact - Criminal Division CDC

cc: FOIA/PA Unit    < --- \*\*\* <u>To expedite any future</u>
   Bicentennial Bldg., Room 7100     <u>Freedom of Information Act</u>
   600 "E" Street, N.W.       <u>requests relating to records retained by</u>
   Washington, D.C. 20530     <u>the United States Attorney's Office,</u>
                <u>please write directly to the FOIA Unit.</u>

EX. 7

May 15, 2006

Ms. Marie A. O'Rourke, Assistant Director
Freedom of Information/PA Unit
Executive Office for the U.S. Attorney, Room 7100
600 "E" Street, N.W.
Washington, D.C. 20530

Dear Ms. O'Rourke:

    Enclosed, please find a letter dated May 9, 2006 received from Cindy Lozano at the U.S. Attorney's Office in Los Angeles, California. This letter was forwarded to your Unit after I sent an FOIA Request to them on April 21, 2006.

    I am sending page 2 of my FOIA Request which identifies the records requested. I am also requesting that this request be placed in an expedited fashion as I must submit my supplemental brief to the 7th Circuit Court of Appeals by June 2, 2006 and am in need of these records for its preparation.

    Since time is of the essence, I would appreciate your prompt attention to this request.

Sincerely,


James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814



EX. 8

**\*\* EXPEDITED PROCESS REQUESTED FOR CURRENT LOCATION \*\***

FREEDOM OF INFORMATION ACT FORMAL
REQUEST FOR INFORMATION

DATE: April 21, 2006

AGENCY: United States Attorney for the Central District of California

ADDRESS: United States Courthouse, 312 Spring Street

CITY, STATE: Los Angeles, Ca 90012

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

IDENTIFYING PERSONAL INFORMATION

NAME: James R. Skrzypek 08324-424

ADDRESS: P.O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Illinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER: Unknown

MARSHAL'S SERVICE NUMBER: Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

EX.9

REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in <u>Anderson V. Department of Health and Human Services</u>, 907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation to generate a reasonable description identifying the requested record, <u>Sears V. Gottschalk</u>, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However, once a record has been reasonably described and identified, and record is not exempt by statute, the agency has the responsibility to produce the requested document(s), <u>Bristol-Myers Co. V. F.T.C.</u>, 424 F.2d 935, C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

Any and all documents, records, reports, audiotapes or videotapes, in electronic, digital, analog or in any other format in your possession, custody or control from the arrest of Anthony Pellicano, relating, in any way, whatsoever, with James R. Skrzypek or Federal Security, Inc.

EX. 9

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See <u>Pollack V. Department of Justice</u>, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
        Requestor Signature

EX.9