```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 06-1129 EGS
                                  )
UNITED STATES TREASURY            )
DEPARTMENT, et al.,               )
                                  )
        Defendants.               )
                                  )
```

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, United States Department of Treasury - Internal Revenue Service (IRS) and the Executive Office for United States Attorneys, by and through undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., for an enlargement of time, to and including December 8, 2006, within which to reply to Plaintiff's Opposition to Defendants Motion to Dismiss in part, or in the alternative, For Summary Judgment in part.

Counsel for Defendants has begun working on Defendants reply, but due to counsel's other cases in an active docket, counsel has been unable to complete Defendants reply prior to the current deadline.  Counsel now needs this additional time to communicate with agency counsels and receive the necessary supervisory input and review for Defendants reply.

This extension is sought in good faith and will not unfairly prejudice any party.  Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion,

and defendants therefore have not obtained his position as to the relief requested.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time to reply to Plaintiff's opposition be granted until December 8, 2006.

November 30, 2006                Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7135

**CERTIFICATE OF SERVICE**

    I CERTIFY that on November 30, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

                                                  _____/s/_____
                                                  Madelyn E. Johnson
                                                  Assistant U.S. Attorney
                                                  555 4th Street, N.W., Rm. E4114
                                                  Washington, D. C.  20530
                                                  (202) 514-7135