```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| JAMES R. SKRZYPEK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 06-1129 EGS |
| | ) |
| UNITED STATES TREASURY DEPARTMENT, <u>et</u> <u>al.</u>, | ) |
| | ) |
|     Defendants. | ) |

<u>ORDER</u>

UPON CONSIDERATION of defendants Department of Treasury - Internal Revenue Service and Executive Office for the United States Attorneys motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2006

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendants Department of Treasury - Internal Revenue Service and Executive Office for the United States Attorneys shall have to and including December 8, 2006 within which to answer, move, or otherwise respond to the Complaint in this case.

_____
UNITED STATES DISTRICT JUDGE