UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JAMES R. SKRZYPEK,              )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
        Defendants.             )
                                )
```

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S
MOTION FOR ENLARGEMENT OF TIME**

Defendant, through undersigned counsel, respectfully move for an enlargement of time, to and including April 5, 2007, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendant states the following:

1. Undersigned counsel has been in contact with the agency, and has recently been advised that an additional 120-days is needed to fully compose a responsive pleading.

2. Although a search of the FBI HQ and the Los Angeles field office did not reveal any responsive records, a search of the Chicago field office revealed the existence of a file exempt pursuant to 5 U.S.C. § 552 (b)(7)(A) and (b)(7)(C).

3.  Further, this extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement.  The FBI has stated that it requires a 120-day

enlargement of time so that it may complete its processing of the records from its Chicago field office as described above. Once the FBI has completed its processing, any Vaughn indices and declarations must be prepared as well as a dispositive motion. Defendant believes that this process will aide in the disposition of this case.

    4. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

    A proposed order granting this motion for enlargement is attached.

    WHEREFORE, Defendant respectfully requests that this motion be granted.

                       Respectfully submitted,

                         JEFFREY A. TAYLOR, DC Bar #498610
                         United States Attorney

                         RUDOLPH CONTRERAS, DC Bar #434122
                         Assistant United States Attorney

                         MADELYN JOHNSON, DC Bar #396739
                         Assistant United States Attorney

CERTIFICATE OF SERVICE

    I CERTIFY that on December 5, 2006, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

```
James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814
```

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135