```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

JAMES R. SKRZYPEK,                )
                                  )
         Plaintiff,               )
                                  )
    v.                            )  Civil Action No. 06-1129 EGS
                                  )
UNITED STATES TREASURY            )
DEPARTMENT, et al.,               )
                                  )
         Defendants.              )
_____)

## ORDER

UPON CONSIDERATION of defendant Federal Bureau of Investigation's motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2006

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant shall have to and including April 5, 2007 within which to file a dispositive motion.

_____
UNITED STATES DISTRICT JUDGE