RECEIVED
DEC 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
      Plaintiff, )
)
v. )
) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
)
      Defendants )
)

## MOTION FOR LEAVE TO ADD ADDITIONAL DEFENDANT

    NOW COMES Plaintiff, James R. Skrzypek, Pro Se, pursuant to Fed R. Civ. P. 15 and submits the Motion for leave to Add Additionsl Defendant and states as follows:

    1.    Plaintiff re-states and re-alleges the information contained in the Amended Complaint to Compel Production of Records Pursuant to 5 USCS § 552 Freedom of Information Act in its entirety.

    2.    On December 1, 2006, Plaintiff sent a Freedom of Information Request to the Office of Professional Responsibility of the United States Attorney's Office in Washington DC, requesting, "Expedited Processing for Current Litigation" for the following information:

        a).    Any and all complaints concerning Assistant United States Attorney Brian P. Netols and their disposition including, but not limited to, dismissal, reprimand, censure, suspension or administrative leave.

    3.    Plaintiff has not received any communication pursuant to his request, as of this date, well beyond the time limit to comply or notify the Plaintiff of a denial or other unusual circumstances as provided by the Freedom of Information Act 5 USCS § 552.

4.   Plaintiff seeks to add a party to better serve the economy of the Court rather than filing a separate action.

WHEREFORE, Plaintiff prays this Court grant the Motion to Add Additional Defendant.

/s/ James R. Skrzypek

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814


Please serve:

Office of Professional Responsibility
United States Attorney's Office
20 Massachusetts Avenue, N.W. Suite 5100
Washington, DC 20530