UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

FEB - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK           )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 06 1129
                            )          (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al.,                     )
                            )
        Defendants          )

## MOTION TO COMPEL PRODUCTION OF UNREDACTED RESPONSIVE RECORDS

NOW COMES, Plaintiff, James R. Skrzypek, Pro Se, and submits this Motion to Compel Production of Unredacted Responsive Records and states as follows:

1. On January 29, 2007, Plaintiff received 173 highly redacted documents from the Federal Bureau of Investigation (FBI), pursuant to an April 21, 2006 request to the Chicago Office of the FBI for production of 8 items of information. Seven (7) of the eight (8) items requested records relating, inter alia, to the multiple entries of the FBI into the Skrzypek residence. (Pl.Amnd.Cmpl, Pg.1).

2. On page 2 of a letter accompanying these documents signed by David M. Hardy, FBI Section Chief, it states:

> "We are currently processing the remainder of the material responsive to this request. The additional material consists of approximately 2600 pages. If all these pages are determined to be releasable, duplication costs of $260.00 could result, representing a charge of ten cents a page..." (Ex. 1, Emphasis added).

3.  In a preliminary examination of the documents received by Plaintiff, there is not one document having anything, whatsoever, to do with the search of the Skryzpek residence.

4.  Plaintiff does not want, nor needs, 2600 pages of documents <u>unless</u>, they specifically apply to the search of the Skrzypek residence <u>only</u> and <u>only</u> of the Skrzypek residence as specified in Plaintiff's Amended Complaint.

WHEREFORE, Plaintiff prays this Court issue an Order to Compel Production of Unredacted Responsive Records.

*/s/ James R. Skrzypek*

James R. Skrzypek 08324-424
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES R. SKRZYPEK<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES TREASURY DEPARTMENT,<br>et al.,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06 1129<br>)        (EGS)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING AND PROOF OF SERVICE

To:   Clerk, United States District Court, District of Columbia,
      United States Courthouse, 333 Constitution Avenue, N.W.
      Washington, DC 2001-2802

      Madelyn E. Johnson, U.S. Attorney's Office for D.C., 555
      4th Street, NW, 10th Floor, Washington, DC 20530

      David M. Hardy, Section Chief, Record/Information Dissemination
      Section, Records Management Division, Federal Bureau of
      Investigation, Washington, DC 20535

PLEASE TAKE NOTICE, that on January 31, 2007, the undersigned mailed one original and one copy of Plaintiff's Motion to Compel Production of Unredacted Responsive Records to the Clerk, United States Disctrict Court for the District of Columbia, with postage prepaid and by placing same in the United States Mail on January 31, 2007 in Duluth, Minnesota.

/s/ James R. Skrzypek

James R. Skrzypek 08324-424
P.O. Box 1000
Duluth, MN 55814