

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

January 26, 2007

Subject: SKRZYPEK, JAMES R

FOIPA No. 1049543- 000

Dear Mr. Skrzypek:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☒(b)(3) Rule 6(e), Federal Rules of Criminal Procedure (FRCP) | ☒(b)(7)(C) | ☐(k)(1) |
| | ☒(b)(7)(D) | ☐(k)(2) |
| | ☒(b)(7)(E) | ☐(k)(3) |
| | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**220 page(s)** were reviewed and **173 page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other



EX. 1

individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Enclosed are documents from volumes 1-4 of file number 46B-CG-92704 which are responsive to the specific information you requested in your May 18, 2006, letter to our Chicago office. This material is being released at this time at no charge.

Department of Justice regulations, (Title 28, Code of Federal Regulations, Section 16.11 and 16.49) require notification to a requester when anticipated charges exceed $25. This letter constitutes such notification.

We are currently processing the remainder of the material responsive to this request. The additional material consists of approximately 2600 pages. If all these pages are determined to be releasable, duplication costs of $ 260.00 could result, representing a charge of ten cents per page. Duplication fees are not charged for the first 100 pages. At this time, we are requesting your written notification indicating your willingness to incur the estimated fees.