IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK,<br><br>　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES TREASURY<br>　　　DEPARTMENT, et al.,<br><br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)    Civ. A. No. 06-1129 (EGS)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT A

** EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION **

## FREEDOM OF INFORMATION ACT FORMAL
### REQUEST FOR INFORMATION

**DATE:** April 21, 2006

**AGENCY:** Federal Bureau of Investigation, Record Information Section

**ADDRESS:** Records Management Divison, Washington DC 20535-0001

**CITY, STATE** Washington DC 20535-0001

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act,
I herein make a formal request for copies of all requested reasonably
identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

**NAME:** James R. Skrzypek 08324-424

**ADDRESS:** P.O. Box 1000

**CITY, STATE, ZIP:** Duluth, Mn 55814

**BIRTHDATE:** February 12, 1949

**BIRTHPLACE:** Chicago, Illinois

**SOCIAL SECURITY NUMBER:** 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

**FBI NUMBER:** Unknown

**MARSHAL'S SERVICE NUMBER:** Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons,
and my funds for paying copy costs are quite limited. Recognizing the
fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made
and sent to me as quickly as possible, understanding no fees will
be charged if less than two hours search time, or less than 100
copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act
Requests, please send an official copy of said form, as the prison
camp does not have access to Federal Procedural Forms L. Edition.
And if said request requires notarization by your agency, please
advise me as quickly as possible.

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as
such within Section 552, must make available to the public any and all
records requested, with the exception of those which are exempted
by agency rule and by statute. The Act is to be broadly construed in
favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services,
907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation
to generate a reasonable description identifying the requested record,
Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However,
once a record has been reasonably described and identified, and record
is not exempt by statute, the agency has the responsibility to produce
the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935,
C.A.D.C., cert denied 91 S.Ct. 46.

## REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Documents, relating in any way, to entries made, court ordered or
   other, to premises owned by requestor, located at 7628 through 7630
   West Foster Avenue, Chicago Illinois 60656 on February 24, 1994.

## Page 2A of FOIA Request

Please search the "I-Drive", "S-Drive" or any other electronic storage or retention system for these documents at FBI Headquarters or FBI Field Offices germaine to my request.

This request specifically includes all "main" files and "see references" including but not limited to numbered and lettered sub-files, 1A envelopes, enclosures behind files (EBF's), bulky exhibits, control files, and "JUNE" files and reports along with FD 302, FD 209 or other FD inserts, work files, in "workbox" areas, ZyIndex files, Field Office Information Support (FOIMS) Computer Systems Files, sub files such as ELA,ELA1B, ACS Computer Files, FCI/IT Files, ELSUR Files, and any other files or systems whatever their vernacular or nomenclature.

### Page 3 of FOIA Request

As pursuant to 5 U.S. $ 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. $ 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack V. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

Requestor Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,               )
                                 )
        Plaintiff                )
                                 )
        v.                       )
                                 )        Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY           )
        DEPARTMENT, et al.,      )
                                 )
        Defendants               )
                                 )

# EXHIBIT B

## ** EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION **,
### FREEDOM OF INFORMATION ACT FORMAL
### REQUEST FOR INFORMATION

DATE: May 1, 2006

AGENCY: Federal Bureau of Investigation, Records Information Section

ADDRESS:  Records Management Divison

CITY, STATE  Washington, DC 20535-0001

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act,
I herein make a formal request for copies of all requested reasonably
identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

NAME: James R. Skrzypek 08324-424

ADDRESS: P.O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Illinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER:  Unknown

MARSHAL'S SERVICE NUMBER:  Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons,
and my funds for paying copy costs are quite limited. Recognizing the
fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made
and sent to me as quickly as possible, understanding no fees will
be charged if less than two hours search time, or less than 100
copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act
Requests, please send an official copy of said form, as the prison
camp does not have access to Federal Procedural Forms L. Edition.
And if said request requires notarization by your agency, please
advise me as quickly as possible.

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as
such within Section 552, must make available to the public any and all
records requested, with the exception of those which are exempted
by agency rule and by statute. The Act is to be broadly construed in
favor of disclosure and its exemptions are to be narrowly construed,

## Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services,
907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation
to generate a reasonable description identifying the requested record,
Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However,
once a record has been reasonably described and identified, and record
is not exempt by statute, the agency has the responsibility to produce
the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935,
C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1.  Documents relating in any way, to any electronic surveillance,
    telephonic, video, audio or other, including listening devices
    installed pursuant to court order or other, concerning James R.
    Skrzypek and/or Federal Security, Inc., from 1992 to present.

2.  Documents relating in any way, to Anthony Pellicano and his
    involvement, in any way, with James R. Skrzypek and/or Federal
    Security, including, but not limited to audiotape analysis,
    enhancement, reproduction or corrections.

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack V. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
Requestor Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,          )
                           )
        Plaintiff           )
                           )
    v.                      )
                           )        Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY      )
        DEPARTMENT, et al.,  )
                           )
        Defendants          )
                           )

# EXHIBIT C



U.S. Department of Justice—

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 12, 2006

Mr. James R. Skrzypek
**08324-424
Post Office Box 1000
Duluth, MN 55814

Dear Requester:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters or of records maintained at our Chicago Field Office. The following information is necessary:

Full Name: James R. Skrzypek 08324-424

Current Address: P.O. Box 1000, Duluth, Mn 55814

Date of Birth: February 12, '49  Place of Birth: Chicago, Illinois

Daytime Telephone Number: DNA

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000. All signatures under the certification of perjury statement MUST be an original signature, as the FBI is no longer accepting faxed signatures. The signature must also be legible.

Signature _____  Date May 18, 2006

To initiate your FOIPA request, please return the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must MAIL your request with your original legible signature, as the FBI is no longer accepting faxed signatures after the perjury statement.

Sincerely yours,

David M. Hardy

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

May 18, 2006

Mr. David M. Hardy, Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C. 20535

Dear Mr. Hardy:

I have received your letter of May 12, 2006 requesting additional
information from my earlier requests of April 21 and April 24, 2006.
My original FOIA requests have been returned to me and I am summarizing
the reasonably identifiable records requested that are contained
on page 2 of these requests so that it may be more convenient for
you to process. I am also returning the original requests to you as
I am not sure whether they are needed to establish my original request
date.

The reasonably identifiable records requested are as follows:

Documentation relating in any way to,

1. Search warrant applications and affidavits to search a house
   located at 7620 W. Foster Avenue, Chicago, Illinois on July
   23, 24 and 25, 1997.
2. Search warrants for a search of a house located at 7620 W.
   Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.
3. Reports, daily or other, surrounding entries to a house located
   at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24
   and 25, 1997.
4. Inventory of property removed from a residence located at 7620
   W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25,
   1997.
5. Identities of all agents and government officials or employees
   entering a residence located at 7620 W. Foster Avenue, Chicago,
   Illinois on July 23, 24 and 25, 1997.
6. Copies of photographs and/or videos made of the house located
   at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24
   and 25, 1997.
7. Reports of the installation or removal of electronic surveillance
   equipment in the house located at 7620 W. Foster Avenue, Chicago,
   Illinois on July 23, 24 and 25, 1997.
8. Copies of FD 597 Receipts for tape recorders, describing make,
   model and serial numbers corresponding to a December 22, 1994
   summary of tape recordings, prepared by SA John Robert Shoup
   and submitted by memorandum on January 3, 1995.
9. Entries made, court ordered or other, to premises owned by
   the requestor, located at 7628 through 7630 W. Foster Avenue,
   Chicago, Illinois 60656 on February 24, 1994, or any other
   date.

Page 2, May 18, 2006
FOIA Request response.

10.  Photographs and documentation of a garage located at 7620 W.
     Foster Avenue, Chicago, Illinois on July 10, 1997, including
     but not limited to activity sheets, time sheets and FD 2 Daily
     Reports for Agent John Diwik.

     In addition, please search the "I-Drive", "S-Drive" or any
other electronic storage or retention system for these documents
at FBI Headquarters or FBI Field Offices germaine to my request.

     This request specifically includes all "main files" and "see
references" including but not limited to numbered and lettered sub-files,
1A envelopes, enclosures behind files (EBF's), bulky exhibits, control
files, and "JUNE" files and reports along with FD 302, FD 209 or
other FD inserts, work files , in "workbox" areas, ZyIndex files,
Field Office Information Support (FOIMS) Computer Systems Files,
sub files such as ELA, ELA1B, ACS Computer Files, FCI/IT Files,
ELSUR Files, and any other files or systems whatever their vernacular
or nomenclature.

     I am renewing my request for expedited processing because of
permission granted to me by the 7th Circuit Court of Appeals to
submit a supplemental brief in my case.

     Your immediate attention to this request would be appreciated.

Sincerely,

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

Encs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                    )
                                      )
        Plaintiff                     )
                                      )
        v.                            )
                                      )       Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY                )
        DEPARTMENT, et al.,           )
                                      )
        Defendants                    )
                                      )

# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 19, 2006*

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543- 000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,

    Plaintiff

    v.

UNITED STATES TREASURY
    DEPARTMENT, et al.,

    Defendants

Civ. A. No. 06-1129 (EGS)

# EXHIBIT E



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 4, 2006

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543- 000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- FBI files generally **contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** – it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                    )
                                      )
        Plaintiff                     )
                                      )
        v.                            )
                                      )        Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY                )
        DEPARTMENT, et al.,           )
                                      )
        Defendants                    )
                                      )

# EXHIBIT F

** <u>EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION</u> **

### FREEDOM OF INFORMATION ACT FORMAL
### REQUEST FOR INFORMATION

DATE: <u>April 21, 2006</u>

AGENCY: <u>Federal Bureau of Invesitgation</u>

ADDRESS: <u>219 S. Dearborn Street</u>

CITY, STATE <u>Chicago, Illinois 60604</u>

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act,
I herein make a formal request for copies of all requested reasonably
identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

NAME: <u>James R. Skrzypek</u>

ADDRESS: <u>P.O. Box 1000</u>

CITY, STATE, ZIP: <u>Duluth, Mn 55814</u>

BIRTHDATE: <u>February 12, 1949</u>

BIRTHPLACE: <u>Chicago. Illinois</u>

SOCIAL SECURITY NUMBER: <u>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</u>

FBI NUMBER: <u>Unknown</u>

MARSHAL'S SERVICE NUMBER: <u>Unknown</u>

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons,
and my funds for paying copy costs are quite limited. Recognizing the
fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made
and sent to me as quickly as possible, understanding no fees will
be charged if less than two hours search time, or less than 100
copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act
Requests, please send an official copy of said form, as the prison
camp does not have access to Federal Procedural Forms L. Edition.
And if said request requires notarization by your agency, please
advise me as quickly as possible.

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as
such within Section 552, must make available to the public any and all
records requested, with the exception of those which are exempted
by agency rule and by statute. The Act is to be broadly construed in
favor of disclosure and its exemptions are to be narrowly construed,

## Page 2 of FOIA Request

as set forth in Anderson V. Department of Health and Human Services,
907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation
to generate a reasonable description identifying the requested record,
Sears V. Gottschalk, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However,
once a record has been reasonably described and identified, and record
is not exempt by statute, the agency has the responsibility to produce
the requested document(s), Bristol-Myers Co. V. F.T.C., 424 F.2d 935,
C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1. Search warrant applications and affidavits to search a residence
   located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24
   and 25, 1997.

2. Search warrants for a search of a residence located at 7620 W. Foster
   Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

3. Reports, daily or other, surrounding entries to a residence located
   at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.

4. Inventory of property removed from a residence located at 7620 W.
   Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

5. Identities of all agents and government officeals or employees
   entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois
   on July 23, 24 and 25, 1997.

6. Copies of photographs and/or videos made of the residence located at
   7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.

7. Reports of the installation or removal of electronic surveillance
   equiptment to the residence located at 7620 W. Foster Avenue, Chicago,
   Illinois on July 23, 24 and 25, 1997.

8. Copies of FD 597 Receipts for tape recorders, describing make, model
   and serial numbers corresponding to a December 22, 1994 summary of
   tape recordings prepared by SA John Robert Shoup and submitted by
   memorandum on January 3, 1995.

Page 2A of FOIA Request

Please search the "I-Drive", "S-Drive" or any other electronic storage or retention system for these documents at FBI Headquarters or FBI Field Offices germaine to my request.

This request specifically includes all "main" files and "see references" including but not limited to numbered and lettered sub-files, 1A envelopes, enclosures behind files (EBF's), bulky exhibits, control files, and "JUNE" files and reports along with FD 302, FD 209 or other FD inserts, work files, in "workbox" areas, ZyIndex files, Field Office Information Support (FOIMS) Computer Systems Files, sub files such as ELA,ELA1B, AGS Computer Files, FCI/IT Files, ELSUR Files, and any other files or systems whatever their vernacular or nomenclature.

### Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack V. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

 Requestor Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                     )
                                       )
        Plaintiff                      )
                                       )
        v.                             )
                                       )     Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY                 )
        DEPARTMENT, et al.,            )
                                       )
        Defendants                     )
                                       )

# EXHIBIT G

** EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION **

## FREEDOM OF INFORMATION ACT FORMAL
### REQUEST FOR INFORMATION

DATE: April 24, 2006

AGENCY: Federal Bureau of Investigation

ADDRESS: 219 S. Dearborn Street

CITY, STATE  Chicago, Illinois 60606

Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

### IDENTIFYING PERSONAL INFORMATION

NAME: James r. Skrzypek 08324-424

ADDRESS: P.O. Box 1000

CITY, STATE, ZIP: Duluth, Mn 55814

BIRTHDATE: February 12, 1949

BIRTHPLACE: Chicago, Ilinois

SOCIAL SECURITY NUMBER: 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

FBI NUMBER: Unknown

MARSHAL'S SERVICE NUMBER: Unknown

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons, and my funds for paying copy costs are quite limited. Recognizing the fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Requests, please send an official copy of said form, as the prison camp does not have access to Federal Procedural Forms L. Edition. And if said request requires notarization by your agency, please advise me as quickly as possible.

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

Page 2 of FOIA Request

as set forth in <u>Anderson V. Department of Health and Human Services</u>,
907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation
to generate a reasonable description identifying the requested record,
<u>Sears V. Gottschalk</u>, 502 F.2d 122, cert denied, 98 S.Ct. 2680. However,
once a record has been reasonably described and identified, and record
is not exempt by statute, the agency has the responsibility to produce
the requested document(s), <u>Bristol-Myers Co. V. F.T.C.</u>, 424 F.2d 935,
C.A.D.C., cert denied 91 S.Ct. 46.

## REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

1.  Documentation relating in any way to photographs taken of a garage
located at 7620 W. Foster Avenue, Chicago Illinois on July 10, 1997,
including but not limited to activity sheets, time sheets and FD 2

Daily Reports for Agent John Dewik who photographed the garage interior

on July 10, 1997.

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack V. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

_____
Requestor Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES R. SKRZYPEK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. A. No. 06-1129 (EGS) |
| UNITED STATES TREASURY | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

# EXHIBIT H



U.S. Department of Justice—

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 12, 2006

Mr. James R. Skrzypek
**08324-424
Post Office Box 1000
Duluth, MN 55814

Dear Requester:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters or of records maintained at our Chicago Field Office. The following information is necessary:

Full Name: James R. Skrzypek 08324-424

Current Address: P.O. Box 1000, Duluth, Mn 55814

Date of Birth: February 12, '49 Place of Birth: Chicago, Illinois

Daytime Telephone Number: DNA

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000. All signatures under the certification of perjury statement MUST be an original signature, as the FBI is no longer accepting faxed signatures. The signature must also be legible.

Signature _____ Date May 18, 2006

To initiate your FOIPA request, please return the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must MAIL your request with your original legible signature, as the FBI is no longer accepting faxed signatures after the perjury statement.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

May 18, 2006

Mr. David M. Hardy, Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C. 20535

Dear Mr. Hardy:

    I have received your letter of May 12, 2006 requesting additional information from my earlier requests of April 21 and April 24, 2006. My original FOIA requests have been returned to me and I am summarizing the reasonably identifiable records requested that are contained on page 2 of these requests so that it may be more convenient for you to process. I am also returning the original requests to you as I am not sure whether they are needed to establish my original request date.

    The reasonably identifiable records requested are as follows:

Documentation relating in any way to,

1.    Search warrant applications and affidavits to search a house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
2.    Search warrants for a search of a house located at 7620 W. Foster Avenue, Chicago Illinois on July 23, 24 and 25, 1997.
3.    Reports, daily or other, surrounding entries to a house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
4.    Inventory of property removed from a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
5.    Identities of all agents and government officials or employees entering a residence located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
6.    Copies of photographs and/or videos made of the house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
7.    Reports of the installation or removal of electronic surveillance equipment in the house located at 7620 W. Foster Avenue, Chicago, Illinois on July 23, 24 and 25, 1997.
8.    Copies of FD 597 Receipts for tape recorders, describing make, model and serial numbers corresponding to a December 22, 1994 summary of tape recordings, prepared by SA John Robert Shoup and submitted by memorandum on January 3, 1995.
9.    Entries made, court ordered or other, to premises owned by the requestor, located at 7628 through 7630 W. Foster Avenue, Chicago, Illinois 60656 on February 24, 1994, or any other date.

Page 2, May 18, 2006
FOIA Request response.

10.  Photographs and documentation of a garage located at 7620 W.
     Foster Avenue, Chicago, Illinois on July 10, 1997, including
     but not limited to activity sheets, time sheets and FD 2 Daily
     Reports for Agent John Diwik.

     In addition, please search the "I-Drive", "S-Drive" or any
other electronic storage or retention system for these documents
at FBI Headquarters or FBI Field Offices germaine to my request.

     This request specifically includes all "main files" and "see
references" including but not limited to numbered and lettered sub-files,
1A envelopes, enclosures behind files (EBF's), bulky exhibits, control
files, and "JUNE" files and reports along with FD 302, FD 209 or
other FD inserts, work files , in "workbox" areas, ZyIndex files,
Field Office Information Support (FOIMS) Computer Systems Files,
sub files such as ELA, ELA1B, ACS Computer Files, FCI/IT Files,
ELSUR Files, and any other files or systems whatever their vernacular
or nomenclature.

     I am renewing my request for underlined expedited processing because of
permission granted to me by the 7th Circuit Court of Appeals to
submit a supplemental brief in my case.

     Your immediate attention to this request would be appreciated.

Sincerely,

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, Mn 55814

Encs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                    )
                                      )
        Plaintiff                     )
                                      )
    v.                            —   )
                                      )    Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY                )
        DEPARTMENT, et al.,           )
                                      )
        Defendants                    )

# EXHIBIT I



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JAMES R SKRZYPEK                                          June 12, 2006
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1050096- 000
Subject: SKRZYPEK, JAMES R

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
which was forwarded to FBI Headquarters from the Chicago Field Office. The FOIPA
number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civ. A. No. 06-1129 (EGS) |
| UNITED STATES TREASURY | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants | ) |

# EXHIBIT J



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

October 4, 2006

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543- 000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A) and (b)(7)(C). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES R. SKRZYPEK, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civ. A. No. 06-1129 (EGS) |
| UNITED STATES TREASURY DEPARTMENT, et al., | ) ) ) | |
| Defendants | ) ) ) | |

# EXHIBIT K



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

January 26, 2007

Subject: SKRZYPEK, JAMES R

FOIPA No. 1049543- 000

Dear Mr. Skrzypek:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 |  |  | Section 552a |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) |  | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) |  | ☒(j)(2) |
| ☒(b)(3)_Rule 6(e), Federal Rules | ☒(b)(7)(C) |  | ☐(k)(1) |
| of Criminal Procedure (FRCP) | ☒(b)(7)(D) |  | ☐(k)(2) |
| ──────────────── | ☒(b)(7)(E) |  | ☐(k)(3) |
| ──────────────── | ☐(b)(7)(F) |  | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) |  | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) |  | ☐(k)(6) |
| ☒(b)(6) |  |  | ☐(k)(7) |

220 page(s) were reviewed and 173  page(s) are being released.

☐  Document(s) were located which originated with, or contained information concerning other
  Government agency(ies) [OGA].  This information has been:

☐  referred to the OGA for review and direct response to you.

☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this
     information when the consultation is finished.

☒ You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.  Our search located additional references, in files relating to other

individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

Enclosed are documents from volumes 1-4 of file number 46B-CG-92704 which are responsive to the specific information you requested in your May 18, 2006, letter to our Chicago office. This material is being released at this time at no charge.

Department of Justice regulations, (Title 28, Code of Federal Regulations, Section 16.11 and 16.49) require notification to a requester when anticipated charges exceed $25. This letter constitutes such notification.

We are currently processing the remainder of the material responsive to this request. The additional material consists of approximately 2600 pages. If all these pages are determined to be releasable, duplication costs of $ 260.00 could result, representing a charge of ten cents per page. Duplication fees are not charged for the first 100 pages. At this time, we are requesting your written notification indicating your willingness to incur the estimated fees.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                    )
                                      )
            Plaintiff                 )
                                      )
        v.                            )
                                      )       Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY                )
            DEPARTMENT, et al.,       )
                                      )
            Defendants                )
                                      )

# EXHIBIT L

OCT-10-2006  14:36          HERJ                              202 324 3409    P.34/85

FROM U. S. ATTTORNEY'S    OFFICE          (MON) 8. 14'06 17:48/ST. 17.47/NO. 4861391650 P  7

** EXPEDITED PROCESSING REQUESTED FOR CURRENT LITIGATION **

### FREEDOM OF INFORMATION ACT FORMAL
### REQUEST FOR INFORMATION

*EX. 2*

DATE:  April 21, 2006

AGENCY:  Federal Bureau of Investigation

ADDRESS:  United States Courthouse, 312 Sprin Street

CITY, STATE  Los Angeles, Ca 90012


Dear Agency Officials:

As pursuant to U.S.C. 5§552 of FOIA, and U.S.C. 5§552(a) Privacy Act,
I herein make a formal request for copies of all requested reasonably
identifiable records as are listed in this request.


### IDENTIFYING PERSONAL INFORMATION

NAME:  James R. Skrzypek 083240424

ADDRESS:  P.O. Box 1000

CITY, STATE, ZIP:  Duluth, Mn 55814

BIRTHDATE:  February 12, 1949

BIRTHPLACE:  Chicago, Illinois

SOCIAL SECURITY NUMBER:  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

FBI NUMBER:  Unknown

MARSHAL'S SERVICE NUMBER:  Unknown

**06 1129**
**FILED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

I am a prisoner in the Federal Prison Camp, of the Bureau of Prisons,
and my funds for paying copy costs are quite limited. Recognizing the
fees listed in U.S.C. 5 §552 (4)(A)(III), I request copies be made
and sent to me as quickly as possible, understanding no fees will
be charged if less than two hours search time, or less than 100
copies are made, as pursuant to U.S.C. 5§552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act
Requests, please send an official copy of said form, as the prison
camp does not have access to Federal Procedural Forms L. Edition.
And if said request requires notarization by your agency, please
advise me as quickly as possible.

### REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as
such within Section 552, must make available to the public any and all
records requested, with the exception of those which are exempted
by agency rule and by statute. The Act is to be broadly construed in
favor of disclosure and its exemptions are to be narrowly construed,

## Page 2 of POIA Request

as set forth in Anderson V. Department of Health and Human Services,
907 F.2d 936, C.A. 10 (Utah) 1990. The requestor has the obligation
to generate a reasonable description identifying the requested record,
Sears V. Gottschalk, 502 P.2d 122, cert denied, 98 S.Ct. 2680. However,
once a record has been reasonably described and identified, and record
is not exempt by statute, the agency has the responsibility to produce
the requested document(s), Bristol-Myers Co. V. P.T.C., 424 F.2d 935,
C.A.D.C., cert denied 91 S.Ct. 46.

### REASONABLY IDENTIFIABLE RECORD(S) REQUESTED

Any and all documents, records, reports, audiotapes or videotapes,

in electronic, digital, analog or in any other format in your

possession, custody or control from the arrest of Anthony Pellicano

relating, in any way, whatsoever, with James R. Skrzypek or Federal

Security, Inc.

OCT-18-2006  14:36      HERU                                      202 324 3409    P.02/05

FROM U.S. ATTTORNEY'S    OFFICE                (MON) 9. 14 06 17.49/ST. 17:47/NO. 4861391650 P  2
     ** Sent to FBI only

### Page 2A of FOIA Request

Please search the "I-Drive", "S-Drive" or any other electronic
storage or retention system for these documents at FBI Headquarters
or FBI Field Offices germaine to my request.

This request specifically includes all "main" files and "see refer-
ences" including but not limited to numbered and lettered sub-files.
1A envelopes, enclosures behind files (EBF's), bulky exhibits, control
files, and "JUNE" files and reports along with FD 302, FD 209 or other
FD inserts, work files, in "workbox" areas, ZyIndex files, Field Office
Information Support (FOIMS) Computer Systems Files, sub files such
as ELA,ELA1B, ACS Computer Files, FCI/IT Files, ELSUR Files, and any
other files or systems whatever their vernacular or nomenclature.

OCT-18-2006  14:35          HERU                    202 324 3409    P.01/05

FROM U. S. ATTTORNEY'S     OFFICE          (MON) 8. 14' 06 17.49/ST. 17:47/NO. 4861391650 P 10

### Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days.
not including weekends and legal holidays, to either comply with
request and produce the records, or to immediately notify the requestor
of the failure by the agency to comply with the request for said record(s).
Should "unusual circumstances" arise in complying with this request.
as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor
of the specific date the record(s) will be dispatched. See Pollack V.
Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed.
2d 78.

I respectfully thank you for your assistance in obtaining copies of
the records requested.

_____
     Requestor Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,          )
                            )
        Plaintiff           )
                            )
    v.                      )
                            )        Civ. A. No. 06-1129 (EGS)
UNITED STATES TREASURY      )
        DEPARTMENT, et al., )
                            )
        Defendants          )
                            )

# EXHIBIT M



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 12, 2006

MR JAMES R SKRZYPEK
**08324-424
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No.: 1049543- 000
Subject: SKRZYPEK, JAMES R

Dear Mr. Skrzypek:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system. No records responsive to your FOIPA request were located by a search of the automated and manual indices Los Angeles Field Office.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of **$18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04