UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRYZPEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1129 EGS |
| | ) |
| UNITED STATES TREASURY DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of FBI's Motion To Dismiss In Part Or, In The Alternative, For Partial Summary Judgment And For Stay Pending Processing Of The Remaining Records and based upon the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that the FBI's Motion To Dismiss In Part Or, In The Alternative, For Partial Summary Judgment And For Stay Pending Processing Of The Remaining Records be and is hereby granted; and it is

FURTHER ORDERED that all claims against the FBI based upon claimed records in the FBI Headquarters, and the Los Angeles Field Office are hereby dismissed; and it is;

FURTHER ORDERED that the briefing as to the remaining claims against the FBI (i.e. those involving documents in the Chicago Field Office) shall be stayed, pending processing of the records; and it is;

FURTHER ORDERED that the FBI shall provide periodic updates

on the processing of the documents every ___ days, including a final report when all documents from the FBI Chicago Field Office have been processed; following which Plaintiff shall have 30 days to identify in writing any of the FBI's withholdings which he seeks to challenge. Within 30 days thereafter the parties shall file a proposed briefing schedule for the filing of a dispositive motion as to those withholdings.

_____
UNITED STATES DISTRICT JUDGE

Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530


James R. Skrzypek
#08324-424
PO Box 1000
Duluth, MN 5814