UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,              )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 06-1129 EGS
                               )
UNITED STATES TREASURY         )
DEPARTMENT, <u>et</u> <u>al.</u>,           )
                               )
          Defendants.          )
_____)

## <u>DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S</u> <u>MOTION FOR ENLARGEMENT OF TIME</u>

Defendant, through undersigned counsel, respectfully move for an enlargement of time, to and including February 23, 2007, within which to respond to Plaintiff's Motion to Compel Production of Unredacted Responsive Records.  Defendant's response is currently due on February 20, 2007.  Inasmuch as Plaintiff, Pro se, James Skrzypek, is a prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1]

_____

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing <u>counsel</u>." The Rule does not require counsel to discuss those motions with pro se litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any <u>non-prisoner</u> pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Defendant anticipates filing an opposition to plaintiff's motion to compel -- which seeks the same relief that he could obtain were he to prevail in his suit -- but the undersigned will need additional time due to the press of other business including multiple filings in the court of appeals.  Further, this extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including February 23, 2007, to reply.

February 20, 2007          Respectfully submitted,


_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

I CERTIFY that on February 20, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:


    James R. Skrzypek
    #08324-424
    POB 1000
    Duluth, MN 55814


                      _____/s/_____
                      Madelyn E. Johnson
                      Assistant U.S. Attorney
                      555 4th Street, N.W., Rm. E4114
                      Washington, D. C.  20530
                      (202) 514-7135