UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,                  )
                                    )
         Plaintiff,                 )
                                    )
    v.                              ) Civil Action No. 06-1129 EGS
                                    )
UNITED STATES TREASURY              )
DEPARTMENT, et al.,                 )
                                    )
         Defendants.                )
_____)

DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF
UNREDACTED RESPONSIVE RECORDS

The Federal Bureau of Investigation (FBI), through the

undersigned, files this opposition to Plaintiff's Motion to

Compel Production of Unredacted Responsive Records.  This case

arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. §

552, and the Privacy Act of 1974 ("the Privacy Act"), 5 U.S.C. §

552a, and pertains to the processing of Plaintiff's FOIA/Privacy

Act request by, inter alia, the Federal Bureau of Investigation.

The instant motion seeks an order compelling the production

of all responsive FBI records without redactions.  The courts,

however, may only order release of "improperly" withheld agency

records and this court has yet to determine that the FBI has done

that.  See 5 U.S.C. § 552(a)(4)(B); Kissinger v. Reporters

Committee for Freedom of the Press, 445 U.S. 136, 150 (1980).

The court will address the propriety of the FBI's withholdings

when the matter is ripe.  Plaintiff's motion to compel the

production of unredacted records prior to that time should be

rejected.

On January 26, 2007, the FBI released 173 responsive records to the plaintiff at no cost.  Redactions were properly made in accordance to the Freedom of Information/ Privacy Acts (FOIPA, 5 U.S.C. § 552/5 U.S.C. § 552a.  The FBI also informed the plaintiff in that same letter that there was additional material consisting of 2,600 pages and if they were determined to be releasable, duplication costs of $260 would be incurred[1].  See Docket #37; Declaration of David Hardy (Hardy Decl.).

The FBI filed a Motion for Partial Summary Judgment and For Stay Pending Processing of the Remaining Records on February 12, 2007.  See Docket #37.  Plaintiff has not allowed the Court an opportunity to rule on that motion and has filed this motion prematurely.

Accordingly, the Court should deny plaintiff's motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney

_____

[1] Plaintiff has failed to exhaust by not committing to pay the fees to process the additional 2,600 pages.

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that service of the foregoing FBI's

Opposition to Plaintiff's Motion to Compel Production of

Unredacted Responsive Records and a proposed Order has been made

by mailing copies thereof to:

James R. Skrzypek
#08324-424
PO Box 1000
Duluth, MN 5814

on the 23rd day of February, 2007.

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135