```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

JAMES R. SKRZYPEK,              )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
        Defendants.             )
_____)

## ORDER

UPON CONSIDERATION of defendant Federal Bureau of Investigation's Opposition to Plaintiff's Motion to Compel Production of Unredacted Responsive Records, any response thereto, and the record in this case, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, granted; and it is,

FURTHER ORDERED that plaintiff's motion be and hereby is dismissed .

_____
UNITED STATES DISTRICT JUDGE