UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 97 CR 516 |
| ) | Judge James B. Moran |
| JAMES R. SKRZYPEK, et al., ) | |
| Defendants. ) | |

**ORDER**

On motion of the defendants, James and Janice Skrzypek, the Court being duly advised and having jurisdiction:

IT IS THEREFORE ORDERED AND DECREED that the government shall make available to Yonovitz & Joe, L.L.P. for inspection and testing purposes the original tapes and recording devices used to record the following conversations:

| | |
|---|---|
| 9-21-94 | 2:45 p.m. |
| 10-17-94 | 11:45 a.m. |
| 10-19-94 | 9:32 a.m. |
| 10-19-94 | 9:40 a.m. |
| 10-19-94 | 9:45 a.m. |

IT IS FURTHER ORDERED that the government allow Yonovitz & Joe access to the logs and maintenance records generated in connection with the recording of the referenced conversations and provide Yonovitz & Joe with a room equipped with an electrical outlet to conduct their tests in the federal building in Chicago. *on Wednesday, February 27, 2002, at 9:00 A.M.*

ENTER: *James B. Moran*
Judge James B. Moran

DATED: 2/25/02

Elliot M. Samuels
30 South Wacker Drive; Suite 2300
Chicago, IL 60606
(312) 357-0590
Attorney No. 48733

# Memorandum



| | | | |
|---|---|---|---|
| To : | SAC, CHICAGO (147A-CG-92714) (P) | Date | 1/3/95 |

From : SA JOHN ROBERT SHOUP (SQ. 7A)

Subject: SAMUEL ESTES;
JOSE PEREZ;
CARLTON SHORT;
JAMES R. SKRZYPEK;
DBA FEDERAL SECURITY, INC.;
FAG-HUD;
OO: CHICAGO

    On December 22, 1994, the reporting Agent prepared a summary of all consensual telephonic and non-telephonic recordings made to date regarding captioned matter. A copy of this summary has been attached and made part of this memorandum.

2-Chicago
  (1-147A-CG-92714)
  (1-147A-CG-92714 Sub ELA)
JRS:jrs
(2)



147A-CG-92714

JAN 0 3 1995
FBI — CHICAGO

Consensual Recordings
Re: 147A-CG-92714                                                          Pg. 1

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 7-19 | Marzette, Estes | T | 1:35pm | Y | |
| 7-20 | Marzette, Estes, Perez, Short | B | 12:17pm | Y | ~~Nagra Malfunction shut off after preamble~~ |
| 7-22 | Marzette, Estes, Perez | B | 12:13pm | N | Nagra Malfunction, shut off after preamble |
| 8-3 | Marzette, Estes, Perez | T | 9:25AM | Y | |
| 8-3 | Marzette, Estes, Perez | B | 9:55AM | Y | |
| 8-15 | Marzette | T | 11:13 AM | Y | |
| 8-15 | Marzette, Perez | T | 1:36pm | N | Recorder Malfunction FBI lab prep. enhanced tape |
| 8-16 | Kozak, Marzette, Estes, Perez | B | 3:12pm | Y | |
| 8-17 | Marzette, Estes, Perez | T | 2:10pm | Y | |

re: 147A'-CG-92714

Pg. 2

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 8-17 | Marzette, Unk. Male | T | 9:12 AM | Y | |
| 8-20 | Marzette, Estes | T | 11:44 AM | Y | |
| 8-22 | Kozak, Estes, Marzette, Perez | B | 1:54 pm | Y | |
| 8-22 | Marzette, Estes, Kozak, Perez | B | 1:56 pm | Y | |
| 8-24 | Kozak, Perez | T | 2:13 pm | Y | |
| 8-24 | Kozak, Perez | T | 2:37 pm | Y | |
| 8-25 | Kozak, Perez | T | 11:20 AM | Y | |
| 8-25 | Kozak, Perez | B | 11:33 AM | Y | |

Summaries Contd
re: 147A-C6-92714

Pg. 3

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 8-25 | Kozak, Perez | T | 4:09pm | Y | |
| 8-26 | Kozak, Perez | T | 9:35AM | Y | |
| 8-26 | Kozak, Perez | T | 10:55AM | Y | |
| 8-28 | Kozak, Perez | T | 2:17pm | N | Recorder malfunction No recording |
| 8-29 | Kozak, Estes, Perez | B | 1:40pm | Y | |
| 8-29 | Kozak, Perez | T | 4:44pm | Y | |
| 9-2 | Kozak, Perez | T | 11:01AM | Y | |
| 9-2 | Perez - Message on Ans. Machine | T | 11:43AM | | |

Summary Cont.
re: 147A-CG-93919

Pg. 4

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 9-2 | UCA Mack, Perez | T | 11:45AM | Y | |
| 9-5 | UCA Mack, Estes | B | 8:45AM | Y | |
| 9-6 | Kozak, Perez | T | 10:00AM | N | No Answer, no conversation recorded |
| 9-6 | Kozak, Perez | T | 10:06AM | Y | |
| 9-6 | UCA Mack, Kozak, Perez | B | 2:40pm | Y | |
| 9-6 | Kozak, UCA Mack, Perez | B | 2:30pm | Y | |
| 9-7 | Kozak, Perez | T | 12:10pm | Y | |
| 9-7 | Kozak, Perez | T | 12:13pm | Y | |

Summary Cont.
re: 147A-C6-92714

Pg. 5

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 9-8 | Kozak, Perez | T | 11:00AM | N | Recorder Malfunction, no conversation |
| 9-9 | Kozak, Perez | T | 11:24AM | Y | |
| 9-12 | Kozak, Perez | T | 1:55pm | Y | |
| 9-12 | Kozak, Perez, Keith LNU | B | 2:17pm | Y | |
| 9-13 | Kozak, Perez | T | 1:49pm | Y | |
| 9-16 | Kozak, Estes | T | 2:15pm | Y | |
| 9-16 | Kozak, Estes | T | 2:18pm | Y | |
| 9-16 | Kozak, Perez | T | 2:21pm | Y | |

Summary Cont.
re: 147A-C6-92719

Pg. 6

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 9-19 | Kozak, Perez | T | 1:34pm | Y | |
| 9-19 | Kozak, Perez | B | 1:56pm | Y | |
| 9-21 | Kozak, Perez | T | 1:55pm | Y | |
| 9-21 | Kozak, Perez | T | 4:03pm | Y | |
| 9-21 | Kozak, Maoz, Davis, Jim Skrzypek | B | 2:35pm | Y | |
| 9-22 | Kozak, Perez | B | 11:25AM | Y | |
| 9-28 | Kozak, Perez, Estes | T | 4:39pm | Y | No 302 prep? |
| 10-3 | Kozak, Perez | T | 10:57AM | Y | |
| 10-3 | Kozak, Perez | B | 11:07AM | Y | |

Summary Cont.
re: 147A-CG-92774

Pg. 7

| Date 1994 | Parties to Conversation | Telephone-T Body-B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 10-5 | Kozak, Perez | T | 2:00pm | Y | |
| 10-6 | Kozak, Perez | T | 2:50pm | Y | |
| 10-7 | Kozak, Perez | B | 11:50AM | | |
| 10-13 | Kozak, Perez | T | 2:25pm | Y | |
| 10-17 | Kozak, Perez | B | 10:12AM | Y | |
| 10-17 | Kozak, Jams Skrzypek | T | 11:45AM | Y | |
| 10-17 | Kozak, Perez | T | 11:55AM | Y | |
| 11-17 | Kozak, ~~Perez~~ Short | T | 5:12pm | Y | |

Summary
re: 147A-C6-92714

Pg. 8

| Date 1994 | Parties to Conversation | Telephone=T Body=B | Time | Transcript Y/N | Comments |
|---|---|---|---|---|---|
| 10-17 | Kozak, Perez | T | 5:43pm | Y | |
| 10-19 | Perez, Jim Skrzypek | T | 9:32AM | Y | |
| 10-19 | No Answer | T | 9:36AM | N | No Answer. No conv. |
| 10-19 | Perez, Jim Skrzypek | T | 9:40AM | Y | |
| 10-19 | Perez, Janice Skrzypek | T | 9:43AM | Y | |