UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK )
)
      Plaintiff, )
)
v. ) Civil Action No. 06 1129
) (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
      Defendants )
)

**PLAINTIFF'S AMENDED RESPONSE IN OPPOSITION TO FBI'S MOTION
TO DISMISS IN PART OR, IN THE ALTERNATIVE, FOR
STAY PENDING PROCESSING OF THE REMAINING RECORDS**

    NOW COMES Plaintiff, James R. Skrzypek, Pro Se, and submits Plaintiff's Amended Response in Opposition to FBI's Motion to Dismiss in Part or, in the Alernative, for Stay Pending Processing of the Remaining Records and states as follows:

    1.    Plaintiff adopts the original Response in Opposition to FBI's Motion to Dismiss in Part or, in the Alernative, for Stay Pending Processing of the Remaining Records in its entirety.

    2.    Plaintiff incorporates the following, as applies, under captions **FBI HEADQUARTERS, FBI LOS ANGELES** and **CHICAGO FIELD OFFICES:**

    The Second Hardy Declaration, details descriptions of filing systems requested to be searched by Plaintiff for responsive records/ documents. Plaintiff identified specific files to be searched and the Hardy Declaration is deficient in the adequacy of the search. Plaintiff illustrates the "I drive" system as an example, as briefly addressed in the Hardy Declaration. (Pg.15 § 31).

1

The "I drive" system was only made public after a March 2, 2004, Associated Press article was written by John Solomon, which also appeared on the website of the National Association of Criminal Defense Lawyers (NASDL), detailing that documents find their way into the "I drive" that are not loaded into the Automated Case Support System (ACS).

Similarly, "June Files", specifically requested to be searched by Plaintiff, were not, and the Hardy Declaration does not explain this. "June Files" or "June Mail" files are documents that are placed in a special file room used to house especially sensitive documents. <u>Blanton v. U.S. Dept. of Justice</u> 63 F.Supp.2d 35 (D.D.C.1999)(fn.6). Documents requested by Plaintiff, surrounding a burglary to his offices on February 24, 1994, may be contained in "June Files" of "June Mail" files. Clandestine, covert operations categorized as "Black Bag Jobs" fit the profile as sensitive. Id. at 42.

Discovery has not commenced and will be necessary in this case, along with action, by this Court, to compel production of responsive documents.

WHEREFORE, Plaintiff prays this Honorable Court accept the Amended Response in Opposition to FBI's Motion to Dismiss in Part or, in the Alernative, for Stay Pending Processing of the Remaining Records and Compel Production of Unredacted Responsive Records Instanter.

Respectfully submitted,

_____
James R. Skrzypek

2

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. ) Civil Action No. 06 1129
) (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
Defendants )

## DECLARATION OF JAMES R. SKRZYPEK

I, James R. Skrzypek, declare that if further proceedings are necessary for resolution of this cause, I would offer testimony in conformance with the following averments:

1. That I am the Plaintiff in the cause captioned above. I am now incarcerated within the Federal Bureau of Prisons; assigned to the Duluth, Minnesota Federal Prison Camp. My inmate registration number is 08324-424.

2. That I have personally prepared Plaintiff's Amended Response in Opposition to FBI's Motion to Dismiss in Part or, in the Alternative, for Stay Pending Processing of the Remaining Records and have supposted this Response with evidence made on personal knowledge setting forth facts as would be admissible as evidence pursuant to Fed.R.Civ. P.56(e).

WHEREFORE, I declare under the penalty of perjury described at Title 28 U.S.C. § 1746, that the above averments are true and correct.

*James R. Skrzypek*

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES R. SKRZYPEK<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES TREASURY DEPARTMENT,<br>et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06 1129<br>)    (EGS)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING AND PROOF OF SERVICE

To: Clerk, United States District Court, District of Columbia
United States Courthouse, 333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Madelyn E. Johnson, U.S. Attorney's Office for D.C., 555
4th Street, NW, 10th Floor, Washington, DC 20530

David M. Hardy, Section Chief, Record/Information Dissemination
Section, Records Management Division, Federal Bureau of
Investigation, Washington, DC 20535

PLEASE TAKE NOTICE, that on February 28, 2007, the undersigned mailed three duplicate originals of Plaintiff's Amended Response in Opposition to FBI's Motion to Dismiss in Part or, in the Alernative, for Stay Pending Processing of the Remaining Records to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing same in the United States Mail on February 28, 2007 in Duluth, Minnesota.

_/s/ James R. Skrzypek_

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814