UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES R. SKRZYPEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1129 (EGS) |
| | ) | |
| UNITED STATES DEPARTMENT OF TREASURY et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiff moves to add the Office of Professional Responsibility of the United States Attorneys Office as a defendant in this Freedom of Information Act case. Because executive branch agencies are the only proper defendants in a FOIA action, *see Sherwood Van Lines, Inc. v. U.S. Dep't of Navy*, 732 F. Supp. 240, 241 (D.D.C. 1990), plaintiff's addition of an office thereof would be futile. Plaintiff moves separately to compel the Federal Bureau of Investigation to release unredacted records responsive to his FOIA request. This motion is wholly improper inasmuch as it seeks to circumvent the litigation process by providing the ultimate relief sought in the case against one of the defendants. Accordingly, it is

ORDERED that plaintiff's motion for leave to add a defendant [Dkt. No. 35] is DENIED; and it is

FURTHER ORDERED that plaintiff's motion to compel [Dkt. No. 36] is DENIED.

DATE: March 7, 2007               SIGNED:    EMMET G. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE