UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

————————————————————————— )
                                          )
JAMES R. SKRZYPEK                         )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )    Civil Action No. 06 1129
                                          )         (EGS)
UNITED STATES TREASURY DEPARTMENT,        )
et al.,                                   )
                                          )
          Defendants                      )
                                          )
————————————————————————— )

## MOTION FOR LEAVE TO ADD ADDITIONAL DEFENDANT

NOW COMES Plaintiff, James R. Skrzypek, Pro se, pursuant to Fed. R. Civ. P. 15 and submits the Motion for Leave to Add Additional Defendant and states as follows:

1.    Plaintiff re-states and re-alleges the information contained in the Amended Complaint to Compel Production of Records pursuant to 5 USCS § 552 Freedom of Information Act in its entirety.

2.    On March 12, 2007, Plaintiff sent a Freedom of Information Request (Request) to the Bureau of Alcohol Tobbaco and Firearms in Washington DC, Requesting, "Expedited Processing for Current Litigation" for the following information:

a).    Documents, having to do in any way, with ATF Agent Michael Casali, surrounding James R. Skrzypek or Janice M. Skrzypek, FKA Janice M. Pellegrino, FKA Janice M. Casali or Federal Security, Inc., before during or after the initiation of Case# 97 CR 516, U.S. v. James R. Skrzypek and Janice M. Skrzypek.

3.    Plaintiff has received no response as provided and seeks to add a party to better serve the economy of the Court rather than file a separate action.

WHEREFORE, Plaintiff prays this Court grant the Motion to Add
Additional Defendant.

_James R. Skrzypek_

James R. Skrzypek 08324-424
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Please serve:

Bureau of Alcohol Tobacco and Firearms
650 Massachusetts Ave., N.W.
Washington, DC 20226