**RECEIVED**
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )
) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
)
Defendants )
)

## MOTION FOR ORDER COMPELLING DISCOVERY

NOW COMES Plaintiff, James R. Skrzypek, Pro se and submits the Motion for Order Compelling Discovery pursuant to FRCP Rule 37 and states as follows:

1. On March 5, 2007, Plaintiff's First Set of Interrogatories were sent to Counsel of Record and the following parties:

> David M. Hardy, Section Chief
> Record. Information Dissemination
> Section.
> Records Management Division
> Federal Bureau of Investigation
> Washington, DC 20535
>
> Special Agent Stanley Ornellas
> Federal Bureau of Investigation
> Los Angeles Field Office
> 312 Spring Street
> Los Angeles, California 90012

2. Plaintiff has received no response to these interrogatories attached as Exhibits 1 and 2 within the 30 days as prescribed under the Rule.

WHEREFORE, Plaintiff prays this Court grant the Motion for an Order to Compel Discovery, imposition of sanctions and any other relief this Court deems just and proper.

_/s/ James R. Skrzypek_

James R. Skrzypek 08324-424
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES TREASURY DEPARTMENT, ) <br> et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 06 1129 <br> (EGS) |

**NOTICE OF FILING AND PROOF OF SERVICE**

To:  Clerk, United States District Court, District of Columbia
     333 Constitution Avenue, N.W. Washington, DC 20001-2802

     Madelyn E. Johnson, Assistant United States Attorney, 555
     4th Street, N.W. Rm. E4114, Washington, DC 20535

     David M. Hardy, Section Chief, Record Information Dissemination
     Section, Records Management Division, Federal Bureau of Investgation, Washington, DC 20535

     Special Agent Stanely Ornellas, Federal Bureau of Investigation
     Los Angeles Field Office, 312 Spring Street, Los Angeles,
     California 90012

PLEASE TAKE NOTICE, that on April 15, 2007, the undersigned mailed one original with exhibits of Plaintiff's Motion for Order Compelling Discovery to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on April 15, 2007 in Duluth, Minnesota.

_____
James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814