UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
       Plaintiff, )
)
v. )
) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
)
       Defendants )
)

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Plaintiff, James R. Skrzypek, Pro Se, requests Defendant FBI, specifically Section Chief David M. Hardy to answer the following Interrogatories, in writing and under oath, within 30 days from the date of service, in accordance with the definitions and instructions set out below:

### DEFINITIONS AND INSTRUCTIONS

1. "You" and "Your" means the Defendant Federal Bureau of Investigation, its agents, employees, attorneys and any person(s) acting on its behalf.

2. "Document" refers to all items, including, but not limited to, any written or recorded material of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise; notations of any sort of conversations, telephone calls, meetings or other communications; all graphic or oral records or representations of any kind; and mechanical or electronic records or representations of any kind, including tapes, cassettes, disks or records.

3. Identity means:

    a. In the case of a person, to state his or her full name, present or last known business address, and his or her present or last known employer or job title;

"EXHIBIT 1"

    b.    In the case of a document; to state its date, its author, its recipient or the person for whom it was prepared, the type of document (e.g., letter, memorandum, chart or other category), its present location or custodian, a summary of its contents, and any other information necessary to render the document distinguishable from all others and subject to ready location.

    c.    In the case of a communication or act, to identify the person(s) present when the communication or act occurred, the date and location of such communication or act, and all documents which record, refer to, or otherwise concern such communication of act.

4. "Describe" means to provide a full, accurate and detailed description of the matter inquired of.

5. Privilege or Immunity. To the extent that any documents are not identified on the basis of privilege or immunity:

    a.    submit a list identifying each such document;

    b.    identify the nature of the privilege (including work product) which is being claimed; and

    c.    identify each person having knowlege of the factual basis, if any, on which the claim of privilege or immunity is based. For these purposes, "identify" shall mean in the case of a document, to state the document's date, its author, its recipient or the person for whom it was prepared, the type of document (e.g., letter, memorandum, chart, or other category), its present location or custodian, a summary of its contents, and any other information necessary to render the document distinguishable from all others and subject to ready location.

6. Destroyed Documents. If any documents identified herein have been lost, discarded, or destroyed, the documents so lost, discarded, or destroyed shall be identified as completely as possible, including, without limitations, the following information: date of disposal, manner of disposal, reason for disposal, person authorizing the disposal, and the person disposing of the document.

## INTERROGATORIES

1. State your full name, current employment and business address.

    **RESPONSE**

2. Please identify each person contacted within the FBI Los Angeles and Chicago Field Offices for responsive records and documents pursuant to various Freedom of Information Requests made by Plaintiff.

    a. for each person so identified, please describe the substance and source of the person's knowlege or information.

    b. state with particularity his or her field of expertise and qualifications.

    **RESPONSE**

3. Please identify, with specificity, all correspondence, communications, documents, reports or memorandums, with internal agency vernacular or nomenclature, prepared or received concerning Plaintiff's Freedom of Information Requests.

    **RESPONSE**

4. Please identify, with specificity, the filing system known as "JUNE MAIL" or "JUNE FILE", and indicate whether Plaintiff's request for documents and records surrounding a February 24, 1994 burglary, otherwise known as a "Black Bag Job" would be located in these files.

    a. identify any other filing system responsive to the keeping, maintaining or storage of sensitive files described in paragraph 4.

    b. identify any other filing systems responsive to keeping, maintaining or storing records of surreptitious electronic monitoring other than outlined in paragraph 6 that has not been authorized or ordered by court.

    **RESPONSE**

5. Identify each person that has contacted you regarding any responsive material or documents contained in the Los Angeles and Chicago Field Offices responsive to Plaintiff's Freedom of Information Requests.

    **RESPONSE**

6. Please identify all persons who provided information or participated in preparing the answers to these interrogatories.

   **RESPONSE**

   Date: This 5th day of March, 2007.

   James R. Skrzypek, Pro Se
   P.O. Box 1000
   Duluth, MN 55814

   CERTIFICATE OF SERVICE

   I hereby certify that the foregoing has this date been served upon the parties by depositing a copy of same in the United States Mail in Duluth, Minnesota, sufficient postage prepaid, addressed to counsel as follows:

   Madelyn E. Johnson
   Assistant U.S. Attorney
   555 4th Street, N.W. Rm. E4114
   Washington, D.C. 20530

   David M. Hardy, Section Chief
   Record/Information Dissemination Section
   Records Management Division
   Federal Bureau of Investigation
   Washington, D.C. 20535

   This the 5th day of March, 2007.

   _____
   James R. Skrzypek

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES TREASURY DEPARTMENT,<br>et al.,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06 1129<br>)            (EGS)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Plaintiff, James R. Skrzypek, Pro Se, requests Defendant FBI, specifically Special Agent Stanley Ornellas to answer the following Interrogatories, in writing and under oath, within 30 days from the date of service, in accordance with the definitions and instructions set out below:

### DEFINITIONS AND INSTRUCTIONS

1. "You" and "Your" means the Defendant Federal Bureau of Investigation, its agents, employees, attorneys and any person(s) acting on its behalf.

2. "Document" refers to all items, including, but not limited to, any written or recorded material of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise; notations of any sort of conversations, telephone calls, meetings or other communications; all graphic or oral records or representations of any kind; and mechanical or electronic records or representations of any kind, including tapes, cassettes, disks or records.

3. Identity means:

    a. In the case of a person, to state his or her full name, present or last known business address, and his or her present or last known employer or job title;

**"EXHIBIT 2"**

    b.    In the case of a document; to state its date, its author, its recipient or the person for whom it was prepared, the type of document (e.g., letter, memorandum, chart or other category), its present location or custodian, a summary of its contents, and any other information necessary to render the document distinguishable from all others and subject to ready location.

    c.    In the case of a communication or act, to identify the person(s) present when the communication or act occurred, the date and location of such communication or act, and all documents which record, refer to, or otherwise concern such communication of act.

4. "Describe" means to provide a full, accurate and detailed description of the matter inquired of.

5. Privilege or Immunity. To the extent that any documents are not identified on the basis of privilege or immunity:

    a.    submit a list identifying each such document;

    b.    identify the nature of the privilege (including work product) which is being claimed; and

    c.    identify each person having knowlege of the factual basis, if any, on which the claim of privilege or immunity is based. For these purposes, "identify" shall mean in the case of a document, to state the document's date, its author, its recipient or the person for whom it was prepared, the type of document (e.g., letter, memorandum, chart, or other category), its present location or custodian, a summary of its contents, and any other information necessary to render the document distinguishable from all others and subject to ready location.

6. Destroyed Documents. If any documents identified herein have been lost, discarded, or destroyed, the documents so lost, discarded, or destroyed shall be identified as completely as possible, including, without limitations, the following information: date of disposal, manner of disposal, reason for disposal, person authorizing the disposal, and the person disposing of the document.

## INTERROGATORIES

1. State your full name, current employment and business address.

   **RESPONSE**

2. Please identify each person within the FBI and the U.S. Attorney's Office whom you believe has knowledge or information concerning the investigation of Anthony Pellicano.

   a. for each person so identified, please describe the substance and source of the person's knowledge or information.

   b. state with particularity his or her field of expertise and qualifications.

   **RESPONSE**

3. Please identify, with specificity, all corrspondence, communications, documents, reports or memorandums, with internal agency vernacular or nomenclature, prepared or received concerning the investigation of Anthony Pellicano.

   **RESPONSE**

4. Please identify the location(s) that you sent completed correspondence, communications, reports or memorandums concerning the investigation of Anthony Pellicano.

   a. identify each person involved in the investigation of Anthony Pellicano whom you believe has knowledge of the location.

   **RESPONSE**

5. Please identify each person and agency whom you believe has knowledge or information regarding the encrypted or decrypted files of Anthony Pellicano.

   **RESPONSE**

6. Please identify, with specificity, all computer filing systems, whatever names, vernacular or nomenclature used to store, receive, transmit, share, retrieve or process information concerning the investigation of Anthony Pellicano.

   a. identify each person whom you believe has knowledge of paragraph 6, involved in the investgation of Anthony Pellicano.

   **RESPONSE**

7. Please identify filing systems that you use to store documents, records, audiotapes and other material seized pursuant to search warrants during the investigation of Anthony Pellicano.

   **RESPONSE**

8. Identify each person that has contacted you regarding any responsive material or documents contained in your files or those of the FBI concerning Anthony Pellicano, relative to James R. Skrzypek or Federal Security, Inc.

   **RESPONSE**

9. Please identify all persons who provided information or participated in preparing the answers to these interrogatories.

   **RESPONSE**

   Date: This 5th day of March, 2007.

   James R. Skrzypek, Pro Se
   P.O. Box 1000
   Duluth, MN 55814

   CERTIFICATE OF SERVICE

   I hereby certify that the foregoing has this date been served upon the parties by depositing a copy of same in the United States Mail in Duluth, Minnesota, sufficient postage prepaid, addressed to counsel as follows:

   Madelyn E. Johnson
   Assistant U.S. Attorney
   555 4th Street, N.W. Rm. E4114
   Washington, D.C. 20530

   SA Stanley Ornellas
   FBI Los Angeles Field Office
   United States Courthouse
   312 Spring Street
   Los Angeles, California 90012

   This the 5th day of March, 2007.

   _____
   James R. Skrzypek