**RECEIVED**
MAY - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
            )
    Plaintiff, )
            )
v.           ) Civil Action No. 06 1129
            )            (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
            )
    Defendants )
            )

## MOTION FOR ORDER COMPELLING DISCOVERY

NOW COMES Plaintiff, James R. Skrzypek, Pro se and submits the Motion for Order Compelling Discovery, pursuant to FRCP 37, and states as as follows:

1.    On March 30, 2007, Plaintiff's First Set of Interrogatories were sent to Counsel of Record and the following parties:

        1.    Special Agent John Robert Shoup
            Federal Bureau of Investigation
            935 Pennsylvania Avenue, N.W.
            Washington, DC 20535-0001

        2.    Special Agent John De Wik
            Federal Bureau of Investigation
            935 Pennsylvania Avenue, N.W.
            Washington, DC 20535-0001

        3.    Special Agent Terry Moody
            Federal Bureau of Investigation
            935 Pennsylvania Avenue, N.W.
            Washington, DC 20535-0001

        4.    Special Agent Douglas R. Hyde
            Federal Bureau of Investigation
            935 Pennsylvania Avenue, N.W.
            Washington, DC 20535-0001

5.  Special Agent Timothy Hepperman
    Federal Bureau of Investigation
    935 Pennsylvania Avenue, N.W.
    Washington, DC 20535-0001

6.  Special Agent Connie Redden
    Federal Bureau of Investigation
    935 Pennsylvania Avenue, N.W.
    Washington, DC 20535-0001

7.  Special Agent Jose Franco
    Internal Revenue Service
    Criminal Investigation
    8125 North River Road
    Suite 103
    Morton Grove, Illinois 60053

8.  Special Agent Ronald Braver
    Internal Revenue Service
    Criminal Investigation
    8125 North River Road
    Suite 103
    Morton Grove, Illinois 60053

2.  Plaintiff has received no response to these interrogatorries, attached as Exhibits 1 through 8, within 30 days as prescribed under the Rule.

WHEREFORE, Plaintiff prays this Court grant the Motion for an Order to Compel Discovery, imposition of sanctions and any other relief this Court deems just and proper.

*James R. Skrzypek* (signature)

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES TREASURY DEPARTMENT,<br>et al.,<br><br>　　　Defendants | Civil Action No. 06 1129<br>(EGS) |

## NOTICE OF FILING AND PROOF OF SERVICE

To: Clerk, United States District Court, District of Columbia
333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W. Rm. E4114, Washington, DC 20535

Special Agent John Robert Shoup, Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, DC 20535-0001

Special Agent John De Wik. Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, DC 20535

Special Agent Terry Moody, Federal Bureau of Invesitgation, 935 Pennsylvania Avenue, N.W., Washington, DC 20535

Special Agent Timothy Hepperman, Federal Bureau of Investigation, 935 Pennsylvania Avenue, Washington, DC 20535

Special Agent Connie Redden, Federal Bureau of Investigation, 935 Pennsyvania Avenue, Washington, DC 20535

Special Agent Jose Franco, Internal Revenue Service, Criminal Investigation, 8125 North River Road, Suite 103, Morton Grove, Illinois 60053

Special Agent Ronald Braver, Internal Revenue Service, Criminal Investigation, 8125 North River Road, Suite 103, Morton Grove, Illinois 60053

Special Agent Douglas R. Hyde, Federal Bureau of Investigation, 935 Pennsylvania Avenue, Washington, DC 20535

PLEASE TAKE NOTICE, that on May 2, 2007, the undersigned mailed one original with exhibits of Plaintiff's Motion for Order Compelling Discovery to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on May 2, 2007 in Duluth, Minnnesota.

*James R. Skrzypek*

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814