UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZPEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1129 (EGS) |
| ) | |
| UNITED STATES TREASURY ) | |
| DEPARTMENT, et al., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, through undersigned counsel, file this motion for a protective order relieving defendants from the obligation to respond to any existing or future discovery requests in the above-captioned case. In support of this motion, the Court is respectfully referred to Defendants' Opposition to Plaintiff's Motions for Orders Compelling Discovery and Memorandum in Support of Defendants' Motion for Protective Order filed today. A proposed order accompanies this motion.

WHEREFORE, defendants respectfully request that this motion for a protective order be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on May 10, 2007, plaintiff was served with a copy of the foregoing via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C. 20530
(202) 514-7135