UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZPEK, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES TREASURY )<br>    DEPARTMENT, et al., )<br> et al., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 06-1129 (EGS) |

O R D E R

UPON CONSIDERATION of the plaintiff's motions to compel discovery from defendants, defendants' opposition thereto, defendants' motion for a protective order, any responsive filing from plaintiff, and the record in this case, it is this _____ day of _____, 2007

ORDERED that plaintiff's motions to compel should be, and hereby are, DENIED, and it is further

ORDERED that defendants' motion for a protective order precluding discovery in this case should be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE