UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )  Civil Action No. 06 1129
)  (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
Defendants )

## NOTICE OF RECEIPT OF UNRESPONSIVE DOCUMENTS

NOW COMES Plaintiff, James R. Skrzypek, and submits this Notice of Receipt of Unresponsive Documents and states as follows:

1. On May 2, 2007, Plaintiff received documents from David M. Hardy, Section Chief, Record/Information Dissemination Section, Records Management Division of the Federal Bureau of Investigation (FBI), along with a cover letter which stated the following:

> Enclosed are documents from file number 46B-CG-92714 which are responsive to your Freedom of Information-Privacy Acts (FOIPA) request. The enclosed material was limited to the specific instances, such as <u>the search of your garage</u> on July 23, 1997, which you have referenced in your correspondence.......408 page(s) were reviewed and 361 page(s) are being released. (Emphasis added).

2. Plaintiff's original FOIA request, correspondence and complaint in this action was specific, and did not request documents from a search of a garage on July 23, 1997. The request

surrounded the search of his <u>residence</u> that took place on July 23, 24 and 25, 1997, and the accompanying documentation, inventory and interior photographs, that Plaintiff had previously seen, that were taken by the government.

3.   Plaintiff currently awaits receipt of responsive documents pursuant to this and other requests pursuant to 5 USC §552, Freedom of Information Act.

WHEREFORE, Plaintiff prays this Notice of Receipt of Unresponsive Documents is accepted by this Court.

_____
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES TREASURY DEPARTMENT, )<br>et al., )<br>)<br>Defendants )<br>) | Civil Action No. 06 1129<br>(EGS) |

**NOTICE OF FILING AND PROOF OF SERVICE**

To: Clerk, United States District Court, District of Columbia
United States Courthouse, 333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Madelyn E. Johnson, U.S. Attorney's Office for D.C., 555
4th Street, NW, 10th Floor, Washington, DC 20530

David M. Hardy, Section Chief, Record/Information Dissemination
Section, Records Management Division, Federal Bureau of
Investigation, Washington, DC 20535

PLEASE TAKE NOTICE, that on May 8, 2007, the undersigned mailed an original of Plaintiff's Notice of Receipt of Unresponsive Documents to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing same in the United States Mail on May 8, 2007 in Duluth, Minnesota.

/s/ James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814