UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK           )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 06 1129
                            )        (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al.,                     )
                            )
        Defendants          )
                            )

### MOTION FOR ORDER COMPELLING DISCOVERY

NOW COMES Plaintiff, James R. Skrzypek, Pro se and submits this Motion for Order Compelling Discovery, pursuant to FRCP 37, and states as follows:

1. On April 9, 2007, Plaintiff's First Set of Interrogatories were sent to Counsel of Record and the following parties:

   1. Special Agent Theresa Mack
      Federal Bureau of Investigation
      935 Pennsylvania Avenue, N.W.
      Washington, DC 20535-0001

   2. Special Agent Julia Cherix
      Federal Bureau of Investigation
      935 Pennsylvania Avenue, N.W.
      Washington, DC 20535-0001

   3. Special Agent Walter B. Stowe, Jr.
      Federal Bureau of Investigation
      935 Pennsylvania Avenue, N.W.
      Washington, DC 20535-0001

   4. Special Agent John Patrick Johnson
      Federal Bureau of Investigation
      935 Pennsylvania Avenue, N.W.
      Washington, DC 20535-0001

      5.   Special Agent Curtis Crawford
          Federal Bureau of Investigation
          935 Pennsylvania Avenue, N.W.
          Washington, DC 20535-0001

      6.   Special Agent David D. Bray II
          Federal Bureau of Investigation
          935 Pennsylvania Avenue, N.W.
          Washington, DC 20535-0001

      7.   Special Agent James P. Healy
          Federal Bureau of Investigation
          935 Pennsylvania Avenue, N.W.
          Washington, DC 20535-0001

      8.   Special Agent Kathleen L. McChesney
          Federal Bureau of Investigation
          935 Pennsylvania Avenue, N.W.
          Washington, DC 20535-0001

    2.    Plaintiff has received no response to these interrogatories, attached as Exhibits 1 through 8, within the 30 days as prescribed under the Rule.

WHEREFORE, Plaintiff prays this Court grant the Motion for an Order to Compel Discovery, imposition of sanctions and any other relief this Court deems just and proper.

_/s/ James R. Skrzypek_

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 06 1129
 ) (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
 )
      Defendants )
 )

### NOTICE OF FILING AND PROOF OF SERVICE

To: Clerk, United States District Court, District of Columbia, 333 Constitution Avenue, N.W. Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W. 10th Floor, Rm. E4114, Washington, DC 20535

Special Agents Theresa Mack, Julia Cherix, Walter B. Stowe, Jr., John Patrick Johnson, Curtis Crawford, David D. Bray II, James P. Healy, Kathleen L. MacChesney, Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W. Washington, DC 20535-00001

PLEASE TAKE NOTICE, That on May 11, 2007, the undersigned mailed one original with exhibits of Plaintiff's Motion for Order Compelling Discovery to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on May 11, 2007 in Duluth, Minnesota.

_____
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814