UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK                      )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )  Civil Action No. 06 1129
                                       )           (EGS)
UNITED STATES TREASURY DEPARTMENT,     )
et al.,                                )
                                       )
         Defendants                    )
                                       )

## MOTION FOR ORDER COMPELLING DISCOVERY

NOW COMES, Plaintiff, James R. Skrzypek, Pro se and submits this Motion for Order Compelling Discovery, pursuant to FRCP Rule 37, and states as follows:

1. On April 20, 2007, Plaintiff's First Set of Interrogatories were sent to Counsel of Record and the following parties:

### UNITED STATES ATTORNEY'S OFFICE

1. AUSA Brian Netols
   219 S. Dearborn Street
   Chicago, Illinois 60604

2. AUSA Stephan Heinze
   219 S. Dearborn Street
   Chicago, Illinois 60604

3. AUSA Tu Pham
   219 S. Dearborn Street
   Chicago, Illinois 60604

4. AUSA Gary Shapiro
   219 S. Dearborn Street
   Chicago, Illinois 60604

      5. AUSA Dean Polales
         219 S. Dearborn Street
         Chicago, Illinois 60604

      6. AUSA Ronald Safer
         219 S. Dearborn Street
         Chicago, Illinois 60604

2.    Plaintiff has received no response to these interrogatories, attached as Exhibits 1 through 6, within the 30 days prescribed under the Rule.

WHERFORE, Plaintiff prays this Court grant the Motion for an Order to Compel Discovery, imposition of sanctions and any other relief this Court deems just and proper.

_____
James R. Skrzypek


James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
      Plaintiff, )
)
v. )
) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
)
      Defendants )
)

**NOTICE OF FILING AND PROOF OF SERVICE**

To: Clerk, United States District Court, District of Columbia, 333 Constitution Avenue, N.W. Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W. 10th Floor, Rm. E4114, Washington, DC 20535

Attorney General Alberto Gonzalez, Department of Justice, Tenth Street and Constitution Avenue, N.W., Washington DC 20530

United States Attorney Patrick Fitzgerald, AUSA Brian Netols, AUSA Stephan Heinze, AUSA Tu Pham, AUSA Gary Shapiro, AUSA Dean Polales, AUSA Ronald Safer, 219 S. Dearborn Street, Chicago, Illinois 60604

PLEASE TAKE NOTICE, that on May 21, 2007, the undersigned mailed one original with exhibits of Plaintiff's Motion for Order Compelling Discovery to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on May 21, 2007 in Duluth, Minnesota.

_____
James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814