UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1129 (EGS) |
| UNITED STATES DEPARTMENT OF TREASURY *et al.*, | ) |
| Defendants. | ) |

ORDER

Plaintiff moves in this Freedom of Information Act ("FOIA") case to compel defendants to respond to his discovery requests. As defendants rightly assert, discovery is rare in FOIA cases. *See* Def.'s Opp. at 2 (citing cases). In view of the pending summary judgment motions, to which plaintiff has had the opportunity to respond, the parties' engaging in discovery is premature. Accordingly, it is

ORDERED that plaintiff's motions to compel [Dkt. Nos. 46, 47, 51, 52] are DENIED without prejudice to reconsideration if warranted after resolution of the pending dispositive motions; and it is

FURTHER ORDERED that defendants' motion for a protective order precluding discovery [Dkt. No. 49] is GRANTED.

DATE: May 24, 2007                    SIGNED:    EMMET G. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE