UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )
) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
)
Defendants )

### DECLARATION OF JAMES R. SKRZYPEK

I, James R. Skrzypek, declare that if further proceedings are necessary for resolution of this cause, I would offer testimony in conformance with the following averments:

1. That I am the Plaintiff in the cause captioned above. I am now incarcerated within the Federal Bureau of Prisons; assigned to the Duluth, Minnesota Federal Prison Camp. My inmate registration number is 08324-424.

2. That I have personally prepared Plaintiff's Reply Memorandum in Support of Discovery and have supported this Memorandum with evidence made on personal knowledge and observation setting forth facts as would be admissible as evidence purusant to Fed.R.Civ. P.56(e).

Wherefore, I declare under the penalty of perjury described at Title 28 U.S.C. §1746, that the above averments are true and correct.

*[signature: James R. Skrzypek]*
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814