UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES TREASURY DEPARTMENT, et al.,<br><br>    Defendants | Civil Action No. 06 1129 (EGS)<br><br>**RECEIVED**<br>MAY 29 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>**MOTION TO SUPPLEMENT REPLY MEMORANDUM
IN SUPPORT OF DISCOVERY**</u>

    NOW COMES Plaintiff, James R. Skrzypek and submits this Motion to Supplement Reply Memorandum in Support of Discovery and states as follows:

    1.   On May 22, 2007, Plaintiff filed the Reply Memorandum in Support of Discovery with Exhibits.

    2.   The attached Order from the Seventh Circuit Court of Appeals, Recalling the Mandate in Plaintiff's criminal case should have been a part of Exhibit 4, corresponding to Page 8, paragraph 6, under **(C). The Falsified Audiotapes.**

    3.   Plaintiff also did not include the folowing paragraph, and adds it as paragraph 7 of Page 8, under **(C) The Falsified Audiotapes** as follows:

    (7). Mr. Bert Rudman, CBS News, 60 Minutes has been developing a story surrounding these falsified audiotapes and is scheduling

an interview with Plaintiff for a future broadcast. Mr. Rudman has made his own FOIA requests for documents and records concerning Plaintiff's audiotapes through attorneys at CBS.

   WHEREFORE, Plaintiff respectfully requests that the attached Order from the Seventh Circuit Court of Appeals and additional paragraph be made part of Plaintiff's Reply Memorandum in Support of Discovery.

*/s/ James R. Skrzypek*

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 7, 2007

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of |
| Nos. 05-2055 and 05-2056    v. | ] Illinois, Eastern Division.<br>] |
| JAMES R. SKRZYPEK and<br>JANICE M. SKRZYPEK,<br>Defendants-Appellants. | ] No. 97 CR 516<br>]<br>] James B. Moran,<br>]      Judge. |

    Upon consideration of the **MOTION TO RECALL MANDATE**, filed on April 30, 2007, by the pro se appellants,

    **IT IS ORDERED** that the motion is **GRANTED** and the mandate in the appeal is **RECALLED**. The appellants shall resubmit their pro se petition for rehearing no later than May 21, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 06 1129
 ) (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
 )
      Defendants )

### NOTICE OF FILING AND PROOF OF SERVICE

To: Clerk, United States District Court, District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W., 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on May 25, 2007, the undersigned mailed one original and one copy of Motion to Supplement Reply Memorandum in Support of Discovery with attachment, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on May 25, 2007 in Duluth, Minnesota.

*[signature]*
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814