UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK )
)
    Plaintiff, )
)
v. )  Civil Action No. 06 1129
) (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
    Defendants )

## MOTION TO RECONSIDER

NOW COMES Plaintiff, James R. Skrzypek, and submits this Motion to Reconsider and states as follows:

1. On May 22, 2007, Plaintiff filed a Reply Memorandum in Support of Discovery with the Court in response to the Motion for Protective Order filed by FBI Defendants.

2. On May 24, 2007, this Court granted Defendants motion precluding discovery without the benefit of Plaintiff's filing and response to Defendants motion.

WHEREFORE, Plaintiff respectfully requests reconsideration of the ruling of the Court as Plaintiff's Reply Memorandum had not reached the Court as of the date of the decision.

Respectfully submitted,

_____
James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,

      Plaintiff,

v.

UNITED STATES TREASURY DEPARTMENT,
et al.,

      Defendants

Civil Action No. 06 1129
(EGS)

**NOTICE OF FILING AND PROOF OF SERVICE**

To:  Clerk, United States District Court, District of Columbia,
333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W., 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on May 30, 2007, the undersigned mailed one original and one copy of Plaintiff's Motion to Reconsider, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United STates Mail on May 30, 2007.

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814