UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| JAMES R. SKRZYPEK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 1129 (EGS) |
| ) | |
| UNITED STATES TREASURY DEPARTMENT, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

### MOTION FOR RECONSIDERATION

NOW COMES, Plaintiff James R. Skrzypek and submits this Motion for Reconsideration and states as follows:

1. On August 14, 2007, this Honorable Court granted the motion of the FBI for Partial Summary Judgment and stayed the proceedings for 60 days to allow filing a dispositive motion or proposed briefing schedule on the processing of remaining records.

2. The Court overlooked a critical filing system that Plaintiff requested to be searched which was specifically capitalized and set off in quotation marks that pertained to "JUNE" files. See Def.'s Mot., Second Declaration of David M. Hardy ("2d Hardy Decl."), Ex's.A,C,F,H,L.

3. Plaintiff, more thoroughly, explained and highlighted "JUNE" files for the Court in Plaintiff's Reply Memorandum in Support of Discovery, (pgs.4-5,¶A.1-5), corresponding to the

April 21, 2006 request (supra) to FBI Headquarters, which surrounded a February 24, 1994 "black bag job" burglary to his offices. See <u>United States v. Gray</u>, 502 F.Supp 150 (D.C.1980); <u>Blanton v. United States Dept. of Justice</u>, 63 F.Supp.2d 35,42, fn.6(D.C.1999). That filing system was never checked by FBI Headquarters.

    4.  Plaintiff submitted identical requests to FBI Headquarters, the Chicago Field Office (CFO) and the Los Angeles Field Office (LAFO). Each requested a search of "JUNE" files. A search of that filing system never occurred. Id.,¶2.

    WHEREFORE, Plaintiff prays this Honorable Court grant the Motion for Reconsideration and any other relief this Court deems just and proper.

*/s/ James R. Skrzypek*

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )  Civil Action No. 06 1129
)  (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
Defendants )
)

### NOTICE OF FILING AND PROOF OF SERVICE

To:  Clerk, United States District Court, District of Columbia
333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W., 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on August 23, 2007, the undersigned mailed one original of Plaintiff's Motion for Reconsideration, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and byplacing them in the United States Mail on August 23, 2007 in Duluth, Minnesota.

_____
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814