UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1129 (EGS) |
| ) | Document No. 20 |
| UNITED STATES DEPARTMENT ) | |
| OF TREASURY *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the motion for summary judgment as to the Department of Treasury and the Executive Office for United States Attorneys [Dkt. No. 20] is GRANTED.[1]

DATE: August 31, 2007         SIGNED:    EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

---

[1] The action remains against the National Security Agency and the FBI.