UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES R. SKRZYPEK )
 )
    Plaintiff, )
 )
v. )
 ) Civil Action No. 06 1129
UNITED STATES TREASURY DEPARTMENT, ) (EGS)
et al., )
 )
    Defendants )
 )

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, James R. Skrzypek, hereby appeals the Summary Judgment Order as to the Department of Treasury and the Executive Office for the United States Attorney [Dkt. No.20].

DATE: September 7, 2007

                                          James R. Skrzypek
                                          P.O. Box 1000
                                          Duluth, MN 55814