RECEIVED
SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK )
)
Plaintiff, )
)
v. )   Civil Action No. 06 1129
)   (EGS)
UNITED STATES TREASURY DEPARTMENT, )
et al., )
)
Defendants )

## MOTION TO SUPPLEMENT THE RECORD

NOW COMES Plaintiff, James R. Skrzypek, pro se, and submits this Motion to Supplement the Record and states as follows:

1.  On August 31, 2007, this Court entered Summary Judgment in favor of the Executive Office for United States Attorneys and the Internal Revenue Service.

2.  Plaintiff wishes to supplement the record with a letter received from Daniel J. Metcalfe, Director of the U.S. Department of Justice, Office of Information and Privacy which cites 28 C.F.R. § 16.9(a)(3)(2006) in the closing of his appeal. (Ex.1)

WHEREFORE, Plaintiff prays this Court grant the Motion to Supplement the Record.

_____
James R. Skrzypek

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814