**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**OCT 2 3 2006**

Mr. James R. Skrzypek
Register No. 08324-424
Federal Prison Camp                    Re:  Appeal No. 06-2681
Post Office Box 1000                        Request No. 06-1476
Duluth, MN  55814                           BVE:CL

Dear Mr. Skrzypek:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to your dealings with Anthony Pellicano.

    Prior to the filing of your appeal with this Office, you filed a Complaint seeking judicial review of the action of EOUSA in the United States District Court for the District of Columbia. Inasmuch as this matter is now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Daniel J. Metcalfe
Director

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,

    Plaintiff,

v.

UNITED STATES TREASURY DEPARTMENT,
et al.,

    Defendants

Civil Action No. 06 1129
(EGS)

**NOTICE OF FILING AND PROOF OF SERVICE**

To: Clerk, United States District Court, District of Columbia
333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th Street, N.W. 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on September 7, 2007, the undersigned mailed one original Motion to Supplement the Record, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on September 7, 2007 in Duluth, Minnesota.

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814