```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,            )
                              )
         Plaintiff,           )
                              )
    v.                        )  Civil Action No. 06-1129 EGS
                              )
UNITED STATES TREASURY        )
DEPARTMENT, et al.,           )
                              )
         Defendants.          )
_____)
```

### DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S
### STATUS REPORT TO THE COURT AND PROPOSED BRIEFING SCHEDULE

Defendant Federal Bureau of Investigation (FBI), through undersigned counsel, files this status report with the Court pursuant to the Court's direction. As a part of the processing of plaintiff's Freedom of Information Act request to the FBI, plaintiff was advised that he was assessed $43.40 in duplication fees. Plaintiff sought reconsideration of the assessment which was denied. To date, plaintiff has failed to pay the fees. Accordingly, the FBI ceased processing plaintiff's request.

In light of the above, the FBI intends to file a motion to dismiss or for summary judgment on the grounds that plaintiff's failure to pay the duplication fees is a failure to exhaust administrative remedies. Defendant FBI proposes the following briefing schedule for such a motion:

Defendant FBI will file its dispositive motion on or before November 5, 2007;

Plaintiff will file any opposition thereto on or before December 3, 2007;

Defendant FBI will file any reply on or before December 17, 2007.

In the event the status of the instant matter changes, defendant will so advise the Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR,
DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W. Rm. 4114-E
Washington, D.C.  20530
(202) 514-7135

CERTIFICATE OF SERVICE

    I CERTIFY that on October 15, 2007, plaintiff was served with a copy of the foregoing Defendant Federal Bureau of Investigation's Status Report and Proposed Briefing Schedule via first-class mail postage prepaid and addressed:

    James R. Skrzypek
    #08324-424
    POB 1000
    Duluth, MN 55814

    _____/s/_____
    Madelyn E. Johnson
    Assistant U.S. Attorney
    555 4th Street, N.W., Rm. E4114
    Washington, D. C.  20530
    (202) 514-7135