```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

JAMES R. SKRZYPEK,              )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 06-1129 EGS
                                )
UNITED STATES TREASURY          )
DEPARTMENT, et al.,             )
                                )
          Defendants.           )
                                )
```

### DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S MOTION FOR ENLARGEMENT OF TIME

Defendant, through undersigned counsel, respectfully move for a one day enlargement of time, to and including September 6, 2007, within which to file a dispositive motion regarding the Federal Bureau of Investigation's (FBI) disposition of plaintiff's Freedom of Information Act (FOIA) request directed to it. Inasmuch as Plaintiff, *pro se*, James Skrzypek, is incarcerated, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Defendant will file a motion to dismiss predicated on plaintiff's failure to exhaust administrative remedies by paying the FBI's assessed fees.  Although this is a straight forward motion, undersigned counsel requires this brief enlargement of one business day because of other matters that have taken away time that counsel would use today to finalize and file the motion.  Counsel will, however, be free on September 6, 2007, to complete the motion and have it filed with the Court.  This extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this very brief enlargement.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including September 6, 2007, to file the a dispositive motion on behalf of the FBI.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

MADELYN JOHNSON, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I CERTIFY that on September 5, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

James R. Skrzypek
#08324-424
POB 1000
Duluth, MN 55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135