# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED NOV - 8 2007
CLERK

James R. Skrzypek   USCA No. 07-5314

v.

Department of Treasury, et al.   USDC No. 06cv1129

ORIGINAL

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, James R. Skrzypek, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

1. Whether summary judgment may be granted when questions remain as to good faith and adequacy of a search for responsive records in a Freedom of Information Request.

2. SEE REVERSE ~~Whether a protective order denying interrogatories of government respondents for generating reports which are the subject of requests~~ under the Freedom of In~~formation Act, was an abuse of discretion.~~

Signature: [signature]
Name of Pro Se Litigant (PRINT): James R. Skrzypek
Address: Federal Prison Camp, P.O. Box 1000
Duluth, MN 55814

Submit original with a certificate of service to:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
NOV - 8 2007
RECEIVED

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]   -3-

2.  Whether discovery in the form of interrogatories directed to government agents responsible for generating reports, which are the subject of requests under the Freedom of Information Act, should have been allowed.

## Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

James R. Skrzypek

Case No. 07-5314

v.

Department of Treasury, et al.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: October 25, 2007

My issues on appeal are:

1. Whether summary judgment may be granted when questions remain as to good faith and adequacy of a search for responsive records in a Freedom of Information Request.

2. Whether discovery in the form of interrogatories directed to government agents responsible for generating reports, which are the subject of requests under the Freedom of Information Act, should have been allowed.

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]        -4-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 2.62 | $ 25.00 | $ | $ |
| Self-employment | $ -0- | $ -0- | $ | $ |
| Income from real property (such as rental income) | $ -0- | $ -0- | $ | $ |
| Interest and dividends | $ -0- | $ -0- | $ | $ |
| Gifts | $ 10.00 | $ 10.00 | $ | $ |
| Alimony | $ -0- | $ -0- | $ | $ |
| Child support | $ -0- | $ -0- | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 306.00 | $ -0- | $ | $ |
| Disability (such as social security, insurance payments) | $ -0- | $ -0- | $ | $ |
| Unemployment payments | $ -0- | $ -0- | $ | $ |
| Public-assistance (such as welfare) | $ -0- | $ -0- | $ | $ |
| Other (specify): Support from husband. | $ -0- | $ 150.00 | $ | $ |
| Total monthly income: | $ 318.62 | $ 185.00 | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Bureau of Prisons | Duluth, MN | 5/17/05 Pres. | $5.65 Month |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Bureau of Prisons | Pekin, IL | 5/17/05 Pres. | $25.00 Month |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ NONE

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -5-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) NONE

Other real estate (Value) _____

Motor vehicle # 1 NONE (Value)
Make & year: _____
Model: _____
Registration #: _____

Motor vehicle #2 NONE (Value)
Make & year _____
Model _____
Registration #: _____

Other Assets (Value)
Clothing $1000.00

Other Assets (Value) _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.
                NONE

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

NONE

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ -0- |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ -0- |
| Home maintenance (repairs and upkeep) | $ -0- | $ -0- |
| Food | $ -0- | $ -0- |
| Clothing | $ -0- | $ -0- |
| Laundry and dry-cleaning | $ -0- | $ -0- |
| Medical and dental expenses | $ -0- | $ -0- |
| Transportation (not including motor vehicle payments) | $ -0- | $ -0- |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ -0- |
| Insurance (not deducted from wages or included in mortgage payments) | $ -0- | $ -0- |
| Homeowner's or renter's | $ -0- | $ -0- |
| Life | $ -0- | $ -0- |
| Health | $ -0- | $ -0- |
| Motor Vehicle | $ -0- | $ -0- |
| Other: _____ | $ -0- | $ -0- |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ -0- | $ -0- |
| Installment payments | | |
| Motor Vehicle | $ -0- | $ -0- |
| Credit card (name): _____ | $ -0- | $ -0- |
| Department store (name): _____ | $ -0- | $ -0- |
| Other: _____ | $ -0- | $ -0- |
| Alimony, maintenance, and support paid to others | $ 150.00 | $ -0- |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ -0- | $ -0- |
| Other (specify): Restitution Payments | $ 8.00 Month | $ 50.00 Month |
| Total monthly expenses: | $ 158.00 | $ 50.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [x] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [x] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.


13. State the address of your legal residence.
   Federal Prison Camp
   P.O. Box 1000
   Duluth, MN 55814

Your daytime phone number: (____) __NONE__
Your age: __58__    Your years of schooling: __18__
Your social-security number: __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__