UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1129 (EGS) |
| | ) Document No.   75 |
| UNITED STATES DEPARTMENT OF TREASURY et al., | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* on appeal.  Plaintiff is appealing the Order issued on August 31, 2007, which resolved the claims against some but not all defendants.  The order is not a final appealable decision and plaintiff has not requested entry of judgment on the decided claims.  Moreover, plaintiff has not sought leave to file an interlocutory appeal, and the record does not otherwise provide a basis for such extraordinary action.  *See* 28 U.S.C. § 1292 (b) (requiring the district judge to state in writing specified reasons for permitting the filing of an interlocutory appeal of a non-appealable order).  Accordingly, it is hereby

ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [# 75] is DENIED without prejudice.  The Clerk is directed to transmit this Order immediately to the appellate court.

DATE: November 30, 2007              SIGNED:    EMMET G. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE