# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5314**               **September Term, 2007**

06cv01129FGS

**Filed On: March 17, 2008**

James R. Skrzypek,
    Appellant

v.

Department of Treasury, et al.,
    Appellees

**BEFORE:**   Ginsburg, Randolph, and Garland, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause filed January 10, 2008, and the response thereto; and the motion to hold in abeyance, it is

**ORDERED** that the motion to hold in abeyance be denied. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed for lack of jurisdiction. The district court's order filed August 31, 2007, did not adjudicate all the claims against all the parties, and the district court did not direct the entry of final judgment pursuant to Fed. R. Civ. P. 54(b); therefore, the order is not final and appealable. See Fed. R. Civ. P. 54(b); Building Indus. Ass'n v. Babbitt, 161 F.3d 740, 742-43 (D.C. Cir. 1998). Appellant has not demonstrated that the order otherwise qualifies for immediate appeal.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

By:  /s/
     Laura Chipley
     Deputy Clerk/LD