UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JAMES R. SKRZYPEK ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06 1129 (EGS) |
| UNITED STATES TREASURY DEPARTMENT, et al., ) | |
| Defendants ) | |

### PLAINTIFF'S SECOND MOTION TO SUPPLEMENT OPPOSITION TO DISPOSITIVE MOTION

NOW COMES Plaintiff, James R. Skrzypek, Pro se, and submits Plaintiff's Second Motion to Supplement Opposition to Dispositive Motion and states as follows:

1. On October 12, 2007 and November 29, 2007, Plaintiff filed his Responses in Opposition to Defendants' Motions for Summary Judgment, which are pending before this Court.

2. On April 14, 2008, Plaintiff filed his first Motion to Supplement Opposition to Dispositive Motion.

3. Plaintiff submits four (4) newspaper stories, Exhibits 1 through 4, from the Los Angeles and New York Times surrounding coverage of the Pellicano criminal trial that pertain to secretly recorded telephone calls of Pellicano's clients. These recordings are a part of Plaintiff's reqeusts in this lawsuit. The following are submitted as part of Plaintiff's Motion:

    a). Los Angeles Times, March 29, 2008 story entitled, "Pellicano testimony gets teary." **EXHIBIT 1.**

    b). Los Angles Times, April 10, 2008 story entitled, "Ovitz details his dealings with Pellicano." **EXHIBIT 2.**

    c). New York Times, April 5, 2008 story entitled, "Chris Rock, All Serious, Takes Stand." **EXHIBIT 3.**

    d). Los Angeles Times, April 11, 2008 story entitled, "Stallone's name dropped in Pellicano trial." **EXHIBIT 4.**

WHEREFORE, Plaintiff prays this Court grant Plaintiff's Second Motion to Supplement Opposition to Dispostive Motion.

_/s/ James R. Skrzypek_

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06 1129 (EGS) |
| UNITED STATES TREASURY DEPARTMENT, ) et al., ) | |
| Defendants ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

To: Clerk, United States District Court, District of Columbia
333 Constitution Avenue, N.W., Washington, DC 20001-2802

Madelyn E. Johnson, Assistant United States Attorney, 555 4th St. N.W., 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on April 18, 2008, the undersigned mailed one original of Plaintiff Second Motion to Supplement Opposition to Dispositive Motion with Exhibits, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the UNited States Mail on April 18, 2008 in Duluth, Minnesota.

James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814