

Los Angeles Times

http://www.latimes.com/news/local/la-me-pellicano29mar29,1,150746.story?track=rss
From the Los Angeles Times

## Pellicano testimony gets teary

After a few days of dry facts, emotions flow at the trial of the Hollywood private eye.

By Carla Hall
Los Angeles Times Staff Writer

"EXHIBIT 1"

March 29, 2008

Oh, the tear-stained witness stand.

After a few days of dry testimony about telephone circuitry and software encryption, the tears flowed Friday in the federal wiretapping and racketeering trial of Hollywood private eye Anthony Pellicano and four co-defendants.

Former telephone company employee Teresa Wright finished a second emotional day describing her unauthorized phone record searches, the thousands of dollars she accepted for them and her agreement to help the government with its case against retired phone company technician Rayford Turner by taping her telephone conversations with him. (At every turn of testimony in this trial, someone is supposedly taping someone else for some reason.)

And former client Suzan Hughes told of hiring Pellicano in 1997 to investigate her then-husband, wealthy Herbalife founder Mark Hughes.

Pellicano "had given me an affirmative that my. . . ," she said, pausing as she teared up. "Mark had cheated on me."

Hughes, who wore her long, streaked blond hair pulled back, testified that she continued to pay Pellicano through her subsequent divorce proceedings and that the private detective continued to investigate her ex-husband. Hughes said that, at one point, on a visit to Pellicano's office, he played for her a tape of her sister's husband talking to Mark Hughes.

She said she heard her brother-in-law, whom she believed to be sympathetic to her, tell Mark Hughes, "I'm on your side."

Later, Chad Hummel, the defense attorney representing a co-defendant, former LAPD Sgt. Mark Arneson, quizzed Hughes on whether she knew the origins of the recording of her husband and brother-in-law.

"Did you ask Mr. Pellicano directly how he got it?" he asked.

"I believe so," she said. But she added that she couldn't remember his response. "I was in a state of shock," she said of her reaction to the recording. Hughes also said she never authorized Pellicano to wiretap her husband.

The Hughes' divorce was finalized in 1998. Suzan Hughes said she paid Pellicano the following year to investigate Darcy LaPier (who ended up becoming her ex-husband's next wife) because "I was concerned for my son's safety."

Mark Hughes was found dead in the bedroom of his Malibu home by LaPier in May 2000.

The Los Angeles County coroner's office ruled his death the result of an accidental, lethal combination of alcohol and an antidepressant.

After the prosecutor asked Hughes if she ever authorized Pellicano to tape his telephone conversations with *her* — no, she said -- he played what he said was just such a tape. In a conversation that sounded like a snippet of soap opera dialogue, Pellicano urged Hughes to get on with her life in the aftermath of the divorce and her ex-husband's death.

"I can't just go on with my life," she said loudly.

Pellicano described how her ex-husband's health had eroded.

"With all the Viagra he was taking. . . ."

"They didn't find any Viagra," she interrupted.

"It was all over the place," Pellicano insisted.

"How do you know?"

"You know how I know," he said.

"No, I don't," she replied.

"I'm not going to discuss this over the phone," he said.

Hughes left the courtroom with her two lawyers. "The most important thing is that she never authorized nor asked for any wiretaps," said attorney

Gloria Allred, standing at Hughes' side outside the courtroom.

Asked what she was doing now, Hughes brightened. "I have a product, Rollermax. It's a panacea for all your aches and pains," she said of the massage-type device.

On a less emotional note, Keith Carradine testified about harassment he said he and his then-girlfriend, Hayley DuMond -- now his wife -- experienced during his contentious child-support litigation with his ex-wife, Sandra, in 2001. Someone attempted to break into the trailer where he lived, and DuMond found the tires of her car slashed.

He also had problems with the land-line phone in his trailer, he said. "The phone line went dead. I called the phone company to report I couldn't get a dial tone," said the actor. He said the phone company sent someone to fix the line.

But it wasn't until Carradine read a 2006 Vanity Fair story about the Pellicano case that he started to put things together, he said.

"I realized I was probably a victim," he said.

Sandra Carradine has admitted lying about Pellicano's alleged wiretapping of her ex-husband.

Keith Carradine, tan and fit in a suit and red tie, chatted with prosecutors and sipped bottled water during a break in his testimony. The actor is known for his roles in the movie "Nashville" and, more recently, the HBO series "Deadwood."

In other testimony, Richard Campau, an assistant to Pellicano from 1998 to 2001, said the private investigator was in almost daily phone contact during that time with two men who are now among his co-defendants: Turner, the retired telephone company technician accused of helping Pellicano with the wiretaps, and Arneson, the former LAPD sergeant accused of illegally accessing confidential LAPD databases.

Campau estimated that he handled 200 of Pellicano's files during the time he worked for him. Asked how many of those contained criminal or police records obtained by Arneson, Campau replied: "75%."

carla.hall@latimes.com

If you want other stories on this topic, search the Archives at latimes.com/archives.
TMSReprints
Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help
partners:
    ktla  cw  Hoy




Los Angeles Times

http://www.latimes.com/news/local/inland/la-me-pellicano10apr10,1,5269607.story?track=rss
From the Los Angeles Times

"EXHIBIT 2"

## Ovitz details his dealings with Pellicano

**The onetime super-agent says he asked the private eye to get information on two reporters. One of them testifies tearfully about intimidation and her fear she was going to be killed.**

By Carla Hall
Los Angeles Times Staff Writer

April 10, 2008

Opening a rare window on the inner angst of Hollywood, onetime uber-agent Michael Ovitz testified Wednesday that he hired private eye Anthony Pellicano to get embarrassing information on two entertainment reporters who were writing negative stories about him.

An unrepentant Ovitz said he went to Pellicano because he was convinced that two of his Hollywood rivals -- Universal Studios chief Ron Meyer and DreamWorks co-founder David Geffen -- were feeding information to the reporters.

Prosecutors allege that Pellicano wiretapped, harassed and obtained confidential information about one of the reporters, and her complaint to authorities became the flash point of a five-year scandal that has fascinated Hollywood, culminating in his federal trial.

"It was an extraordinarily difficult time for me and the company," said a bespectacled Ovitz, testifying in Pellicano's trial on wiretapping and racketeering charges. "We were in a consistent state of negative press, fueled by rumor and innuendo."

Ovitz testified that he gave Pellicano $75,000 in cash. Pellicano gave his client the code name "Gaspar" to use when he called, Ovitz recalled.

Ovitz was followed to the stand -- and nearly crossed paths in the court hallway with -- former journalist Anita Busch, the co-author of the stories Ovitz testified were making it "more than difficult" to sell his beleaguered Artists Management Group. Busch, in tears, testified that she was intimidated and nearly run down by a speeding car after those stories appeared.

The government alleges that Pellicano, on behalf of Ovitz, also obtained confidential police and Department of Motor Vehicles records on Bernard Weinraub, the former New York Times reporter who partnered with Busch on some of the Ovitz stories.

"Did you know he was doing anything illegal?" asked attorney Chad Hummel, who represents one of Pellicano's co-defendants.

"I assumed that whatever he did, he did legally. And I would never tell him to do anything illegal," said Ovitz, echoing the denials he has made since he was first questioned by the FBI several years ago. Ovitz has not been charged in the case.

Ovitz co-founded Creative Artists Agency, one of the industry's most influential talent groups, but had left the agency for a disastrous turn as head of Disney before starting Artists Management Group in 1999. The business consisted of a film unit, a television production unit and an artists management division.

Two years later, the television group lost a major potential investor and had to be shut down, Ovitz told a packed courtroom. In addition, the film group was being audited by the parent company of one of its production partners, there were three troubling business lawsuits and Ovitz was trying to sell the company.

As he struggled to make a deal, Ovitz chafed at several 2002 New York Times stories by Busch and Weinraub that essentially wrote him off, despite his former status as the most powerful man in Hollywood.

"All I wanted was a graceful exit from the company," Ovitz said. "It was hard to function in the middle of these articles."

As was his habit with clients, Pellicano secretly taped a phone conversation with Ovitz. The tape was played in court.

"I need advice," Ovitz is heard saying as he requests a meeting with the detective. Later in the discussion, he added, "This is the single most complex situation imaginable."

"I may have exaggerated in that phone call," Ovitz said on the stand. "But I reached out because I wanted information."

On whom? Hummel asked Ovitz repeatedly on cross-examination.

Ovitz said he thought Pellicano had connections to the people he believed to be the sources of his bad press: Meyer, who had been his partner at CAA, and Geffen.

"I wanted to know when I was going to be ambushed. I wanted to know when the next shoe was going to drop," Ovitz testified. "He told me I had a huge problem with Ron Meyer. I told him I would pay him whatever he wanted if he could solve that problem."

Far from sounding chagrined about his association with Pellicano, Ovitz sounded like a grateful client. "When a lot of people were abandoning ship, he didn't," Ovitz said.

Hummel asked if Pellicano ever delivered any embarrassing disclosures about Weinraub ("No") or Busch. "No, he was rather dismissive of her," Ovitz said on the stand.

Busch went on to work for the Los Angeles Times in June 2002. (She works for neither newspaper now.)

On the stand, Busch recounted going outside on the morning of June 20, 2002, to find an upside-down pan on her Audi and a note inside the windshield saying, "Stop." There was also a hole in the window, she said.

"I was kind of stunned," she said.

A bomb squad arrived and evacuated her block. Under the pan, the officers found "a fish and a rose. Dead fish," Busch said. (Asked on the stand if he had hired Pellicano to put a fish on Busch's car, Ovitz replied, "Absolutely not.")

The journalist moved out of her home for a period, not returning until early August. On the 16th of that month, she started to cross the street to her rental car when "I heard a motor and there was a car coming toward me with no plates," Busch testified. "I knew I was in trouble."

She said she had just jumped into her car when two men in the other car pulled up alongside her.

She said she gripped the steering wheel, paralyzed. One of the men put his fingers to his lips, as if to silence her, then waved at her.

"I remember thinking, 'I'm going to die!' " she testified with an anguished sob. "I thought, 'This is how it ends.' " They drove off and she was left unharmed.

Later, under cross-examination, Hummel asked why Busch believed Ovitz and Pellicano (she has lawsuits against both men) were responsible for the threats when at the time she had been investigating actor Steven Seagal's alleged ties to organized crime.

"Because the evidence points to Mr. Ovitz," she said.

Pellicano, acting as his own attorney, later subjected Busch to intense cross-examination, leading her once again through the details of her story. ("When did you hear the motor?" "What color was the car?") At one point, she dropped her face into her hands and cried silently.

He also asked her about another incident. She indicated she was confused over which incident he was citing.

"There were a number of incidents that happened," she said. "It was a relentless attack -- as you know, Mr. Pellicano."

"Move to strike," he said.

carla.hall@latimes.com

If you want other stories on this topic, search the Archives at latimes.com/archives.
TMSReprints
Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help

partners: ktla cw Hoy

# Chris Rock, All Serious, Takes Stand

## A Terse Witness In Wiretapping Case

By DAVID M. HALBFINGER

LOS ANGELES — Chris Rock, the actor and comedian, headlined the Hollywood wiretapping trial on Friday, fully inhabiting the role of a witness who saw absolutely nothing funny in being called to testify.

Dressed in black and speaking mostly in hushed monosyllables, Mr. Rock described himself as the victim of a 1999 shakedown attempt by a model who he said had falsely accused him of paternity.

He acknowledged having hired Anthony Pellicano, the private detective on trial here for wiretapping and racketeering, to investigate her. And he confirmed the authenticity of a lengthy phone call in which he and Mr. Pellicano discussed the woman — a call that Mr. Pellicano secretly recorded and the F.B.I. later seized.

Mr. Rock's 15-minute standing-room-only appearance, including cross-examination, was the first and most likely the only one in the trial by a star still at the top of his entertainment career.

It led off a day when jurors also heard extended testimony about illegal work by Mr. Pellicano on behalf of two billionaires — Alec Gores, a Los Angeles investor, and Taylor Thomson, a Canadian media heiress — neither of whom has been prosecuted for it.

Like other former Pellicano clients with boldface names or entries on the Forbes list, Mr. Rock was treated gingerly by prosecutors, though his put-upon look and almost surly tone did not suggest gratitude. They did not ask him to describe the extramarital affair that led to a paternity claim by the model, Monika Zsibrita; they did not ask about the details of her accusation that he had assaulted her sexually (no charges were ever brought), and they did not play even a one-minute excerpt of the recorded call until Mr. Rock had left the courtroom along with his small entourage.

Taking the stand at 8:05 a.m., Mr. Rock gave his name so quietly that Judge Dale S. Fischer admonished him for it, saying: "Mr. Rock: project!" But the assistant United States attorney, Daniel A. Saunders, gave him the respect of not asking his occupation, a note of deference not shown to the comedian Garry Shandling or to the actor Keith Carradine earlier in the trial.

Mr. Saunders instead briskly led Mr. Rock through 25 questions, highlighting evidence that Mr. Pellicano had paid a police officer, Mark Arneson, to run illegal checks of the criminal and motor-vehicle histories of Ms. Zsibrita and of a friend of hers, who Mr. Pellicano suspected was her child's biological father.

Mr. Rock's replies scarcely exceeded "yes," or "no." On cross-examination, Mr. Arneson's lawyer, Chad Hummel, gave Mr. Rock the opportunity to describe Ms. Zsibrita's effort to shake him down, asking if he thought her claim was false.

"I didn't believe the claim was false; DNA tests proved the claim was false, so this was not a 'belief' of mine," Mr. Rock said. "Someone who was not pregnant with my child claimed to be pregnant with my child, and requested large sums of money for this."

Asked by Mr. Hummel about the assault claim, Mr. Rock said: "I'm here as a free man, and I didn't do anything. You know I didn't do anything."



"EXHIBIT 3"

PHIL McCARTEN/REUTERS
Chris Rock, with bodyguards, leaves the courthouse in Los Angeles after describing how he hired Anthony Pellicano in 1999.

After Mr. Rock's exit, Mr. Gores, a wealthy buyout executive, took the stand and testified to having hired Mr. Pellicano in December 2000 to confirm his suspicions that his wife then, Lisa, was having an affair with his brother, Tom Gores. Mr. Gores said he paid Mr. Pellicano nearly $300,000, plus an all-expenses-paid Hawaiian vacation for his family, for his work.

The Gores case is important because prosecutors have introduced only one recording that they say is an actual telephone intercept; a call between Lisa and Tom Gores after a rendezvous at the Beverly Hills Hotel.

Another colorful witness Friday was Pamela Miller, once the nanny for Ms. Thomson, heir to the Thomson media fortune. Still simmering, Ms. Miller said she was fired in April 2002 — and that Mr. Pellicano investigated her illegally — after she gave an affidavit to the father of Ms. Thomson's toddler daughter to help him in his custody fight.

For example, Ms. Miller recalled, she had been told not to feed carbohydrates to the 18-month-old girl because "the mother wanted her to be very thin."

In a recording made days after her affidavit and played in court, Ms. Thomson could be heard telling Mr. Pellicano to do whatever it took. "I'm not going to ask any questions," she said. "If you need information, just get the information."




Los Angeles Times

http://www.latimes.com/news/printedition/california/la-me-pellicano11apr11,1,5733040.story
From the Los Angeles Times

"EXHIBIT 4"

### Stallone's name dropped in Pellicano trial

Some charges against the private investigator were dropped, but it likely won't effect sentencing if he's found guilty.

By Carla Hall
Los Angeles Times Staff Writer

April 11, 2008

No doubt seeking some privacy, action star Sylvester Stallone listed a home telephone number in the name of Johnny Friendly. It's ironic, then, that his *nom de phone* didn't keep him from a severe invasion of privacy, according to testimony Thursday in the criminal trial of private investigator Anthony Pellicano.

The private eye allegedly wiretapped Stallone's line to monitor his phone conversations with one of his lawyers, according to evidence offered by assistant U.S. attorneys in federal court.

The testimony came as the government, after five weeks, rested its case against Pellicano on wiretapping and racketeering charges. He's being tried along with four co-defendants on a myriad of counts.

On Thursday, the government dismissed 28 of the 107 counts collectively facing the five defendants, citing the unavailability of witnesses, among other reasons. The dropped charges involved allegations of wire fraud, identity theft and computer fraud, all stemming from unauthorized access of police computer databases.

That still leaves the defendants facing a total of 79 counts, with Pellicano remaining the most heavily charged.

The reduction in charges is not expected to significantly alter possible prison terms.

Pellicano bugged Stallone's phone, the government contends, on behalf of his client, Kenneth Starr, Stallone's former business manager (*not* the former special counsel who investigated President Clinton). Stallone was suing Starr, alleging he mismanaged the actor's investment in Planet Hollywood, the now-defunct restaurant chain.

On the stand, Lawrence Nagler, the attorney who represented Stallone in the business dispute, said Starr had hired attorney Bert Fields -- a name that frequently pops up in this trial -- who in turn engaged Pellicano.

Nagler said he worried Pellicano might wiretap his client. "There was a rumor going around that he did these kinds of things," Nagler testified. "We hired a private detective to sweep the home, and he found nothing."

But prosecutors played a secretly taped recording of Pellicano talking to Starr about Stallone's strategy in the lawsuit.

It was information, Nagler testified, that paralleled everything he had been discussing with Stallone over the phone.

At one point on the tape, Pellicano confides that Stallone's lawyer was trying to get in touch with a disgruntled former client of Starr "to get her to sign an affidavit about you."

"Is that what you were trying to do?" asked Assistant U.S. Attorney Daniel Saunders.

"That's exactly what we were trying to do," Nagler said.

carla.hall@latimes.com

If you want other stories on this topic, search the Archives at latimes.com/archives.
TMSReprints
Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help

partners: ktla cw Hoy