UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-1129 (EGS) |
| ) | Document Nos.   66, 73, 79, 82, 83 |
| UNITED STATES DEPARTMENT ) | |
| OF TREASURY *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, and in the Memorandum Opinions of August 9, 2007, August 16, 2007, and August 31, 2007, it is

ORDERED that the National Security Agency's renewed motion for summary judgment [Dkt. No. 66] is GRANTED; it is

FURTHER ORDERED that the Federal Bureau of Investigation's motion to dismiss [Dkt. No. 73] is GRANTED; it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 79, 82, 83] are DENIED; and it is

FURTHER ORDERED that judgment is entered for the defendants.  This is a final appealable order.


DATE: May 7, 2008                                SIGNED:     EMMET G. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE