RECEIVED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES R. SKRZYPEK ) ) Plaintiff, ) ) v. ) ) UNITED STATES TREASURY DEPARTMENT, ) et al., ) ) Defendants ) ) | Civil Action No. 06 1129 (EGS) |

## MOTION FOR RECONSIDERATION AND ORDER FOR AFFIDAVIT

NOW COMES Plaintiff, James R. Skrzypek, Pro se, and moves this Honorable Court for reconsideration of its May 7, 2008 order granting summary judgment to Defendant FBI, and and order for affidavit.

### DISCUSSION

Plaintiff has thoroughly outlined his frustration with obtaining requested documents from Defendant FBI in filings with the Court. (See.Dkts.36,50). Plaintiff requested documents surrounding his residence and entries made to it by Defendant. The requests were made with rifle shot specificity and stated the specific dates Defendant entered Plaintiff's home. Nonetheless, Defendant sent 361 redacted pages of documents of Plaintiff's <u>garage</u>, instead of his home. Plaintiff was assessed a duplication fee of $43.10 and immediately informed this Court that the documents preciously sent were

unresponsive. (Dkts.36,50). Because Plaintiff was foreclosed from filing administrative remedies under 28 C.F.R. §16.9(a)(3)(2006), as evidenced by the October 23, 2006 correspondence received from Director Daniel J. Metcalfe, United States Department of Justice, Office of Information and Privacy, Plaintiff was left with no meaningful avenue to compel production of requested documents, other than by motions to this Court. (Ex.1,Pl.'s Opp.).

Plaintiff is entitled to the documents that were initially requested, before and throughout this action. The documents received have not been requested and are of no value to Plaintiff. Plaintiff is requesting this Court to issue an order requiring Defendant FBI to state by affidavit that it is not in possession of any documents having to do, in any way, with entries to Plaintiff's home as outlined in previous FOIA requests.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiff prays that the Motion for Reconsideration and Order for Affidvit by granted.

Respectfully submitted,

_____
James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES TREASURY DEPARTMENT, )<br>et al., )<br>)<br>Defendants )<br>) | Civil Action No. 06 1129<br>(EGS) |

**NOTICE OF FILING AND PROOF OF SERVICE**

To:  Clerk, United States District Court, District of Columbia
    333 Constitution Avenue, N.W., Washington, DC 20001-2802

    Madelyn E. Johnson, Assistant United States Attorney, 555
    4th St. N.W., 10th Floor, Rm. E4114, Washington, DC 20535

PLEASE TAKE NOTICE, that on May 22, 2008, the undersigned mailed one original of Plaintiff's Motion for Reconsideration and Order for Affidavit, to the Clerk, United States District Court for the District of Columbia, with postage prepaid and by placing them in the United States Mail on May 22, 2008 in Duluth, Minnesota

_____
James R. Skrzypek
P.O. Box 1000
Duluth, MN 55814