UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SKRZYPEK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF TREASURY *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No.  06-1129 (EGS) <br> Document No.   86 |

ORDER

Plaintiff moves for reconsideration of the part of the Order of May 7, 2008, granting the Federal Bureau of Investigation's motion to dismiss for failure to exhaust administrative remedies under the Freedom of Information Act. Because the motion comes more than ten days from entry of judgment, it is considered to be brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Motions for reconsideration are committed to the sound discretion of the trial court and need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotations omitted). Because plaintiff has provided no proof that he has paid the assessed fees, no grounds exist for vacating the final order. Accordingly, it is

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 86] is DENIED.

DATE: June 16, 2008                              SIGNED:    EMMET G. SULLIVAN
                                                            UNITED STATES DISTRICT JUDGE